**22SL-CC02987**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

| | | |
|---|---|---|
| **PETS ALONE SANCTUARY OF LINCOLN COUNTY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | **Cause No.** |
| **v.** | ) ) | |
| **MIDWEST FAMILY MUTUAL INSURANCE COMPANY,** Serve: c/o Director of Insurance 301 W. High Street, Room 530 Jefferson City, MO  65101 | ) ) ) ) ) ) | |
| **Defendant.** | ) ) | |

<u>**PETITION**</u>

Pets Alone Sanctuary of Lincoln County ("PALS"), for its Petition, states as follows:

1.     PALS is a Missouri non-profit corporation with a principal place of business in Lincoln County, Missouri and the authority to sue and be sued.

2.     Midwest Family Mutual Insurance Company ("MFM") is a mutual insurance company domiciled in the State of Iowa and doing business in the State of Missouri.

3.     MFM issued an insurance policy to PALS bearing Policy No. CPMO0560116436 providing business owners and commercial auto coverages with a policy period of October 21, 2017 to October 21, 2018.

4.     A true and accurate copy of the MFM Policy No. CPMO0560116436 is attached as Exhibit A and incorporated herein by reference.

5.     MFM renewed Policy No. CPMO 0560116436 for the period of October 21, 2018 to October 21, 2019.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

6.      A true and accurate copy of the Renewal Coverage Summary and policy terms for the period of 10/21/2018 – 10/21/2019 is attached as Exhibit B and incorporated herein by reference.

7.      MFM renewed Policy No. CPMO 0560116436 for the period of October 21, 2019 to October 21, 2020.

8.      A true and accurate copy of the Renewal Coverage Summary and policy terms for the period of 10/21/2019 – 10/21/2020 is attached as Exhibit C and incorporated herein by reference.  (Exhibits A, B, and C are collectively referred to herein as "the Policy").

9.      On or about December 7, 2017 PALS instituted a cause of action against Edna Roberts ("Roberts"), Carol J. Wieman ("Wieman"), and Megan Pruitt ("Pruitt") in the Circuit Court of Lincoln County styled as *Pets Alone Sanctuary of Lincoln County v. Edna J. Roberts, et al., Lincoln County Circuit Court Case No. 17L6-CC00153* ("the Litigation"), asserting claims of defamation and civil conspiracy.

10.      On August 8, 2019, Roberts filed motion seeking leave to assert a counterclaim against PALS and Barbara Cherry ("Cherry"), a PALS board member.

11.      On August 16, 2019, the Circuit Court of Lincoln County issued an Order granting Roberts leave to file her Counterclaim against PALS and Cherry.

12.      In Roberts' Counterclaim, she asserted a claim of defamation against both PALS and Cherry.

13.      On August 26, 2019, Wieman and Pruitt were granted leave to file a Counterclaim and Roberts was granted leave to file an Amended Counterclaim in the Litigation.

14.      On December 18, 2019, Wieman and Pruitt filed a Counterclaim against PALS, Jennifer Raeker-Bickel ("Raeker-Bickel"), Laurie DiStefano ("DiStefano"), Erica Sloan ("Sloan"),

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

and Teresa Turley ("Turley") asserting claims of abuse of process, malicious prosecution, and civil conspiracy.

15.    Raeker-Bickel, DiStefano, Sloan, and Turley were all PALS Board Members.

16.    On December 20, 2019, Roberts filed an Amended Counterclaim in the Litigation asserting claims against PALS, Raeker-Bickel, DiStefano, Sloan, Turley, and Cherry and asserting claims of abuse of process, malicious prosecution, and civil conspiracy.

17.    The Policy provides:

"Business liability" coverage to PALS described under SECTION II – LIABILITY, Paragraph **A. Coverages**, Sub-Paragraph **1. Business Liability**, which states:

    a.    We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages....

    b.    This insurance applies:
      ***
    (2)    To "personal and advertising injury" caused by an offense arising out of your business ....

The Policy defines "personal and advertising injury" under Paragraph **F. Liability And Medical Expenses Definitions**, Sub-Paragraph 14, which states:

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    a.    False arrest, detention or imprisonment;
    b.    Malicious prosecution;
      ***
    d.    Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services ....

18.    PALS reported the Counterclaims to its insurer, MFM.

19.    MFM acknowledged the Policy provided coverage to PALS for the Counterclaim.

20.    MFM assigned its employee, Kevin Robbins, to manage the claim for MFM.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

21.     MFM hired the law firm of Evans & Dixon, LLC and one of its attorneys, Benjamin Fletcher, to represent PALS, Cherry, Raeker-Bickel, DiStefano, Sloan, and Turley in defending the Counterclaims.

22.     On August 24, 2020, Roberts, Pruitt, and Wieman dismissed their Counterclaims against Cherry, Raeker-Bickel, Sloan, Turley, and DiStefano without prejudice.

23.     The trial of PALS' claims against Defendants and the Counterclaims was bifurcated.

24.     Trial of the Counterclaims against PALS was set for September 21, 2021.

25.     Shortly before trial was to begin, another attorney employed by Evans & Dixon, David Berwin ("Berwin"), became involved in the defense of PALS, although Berwin did not file an entry of appearance in the Litigation.

26.     At 5:42 p.m. on September 20, 2021, Berwin sent correspondence to MFM that included information regarding evidence Berwin thought "could drastically increase the award of compensatory and punitive damages against PALS in the Counterclaims."

27.     Approximately five hours later, at 10:52 p.m. on evening of September 20, 2021, and less than 12 hours before trial was to begin, Fletcher sent Raeker-Bickel correspondence indicating that Evans & Dixon had learned of new information late that afternoon that impacted the manner in which they could conduct the defense of the Litigation.  Fletcher indicated that Evans & Dixon believed that ethical issues were implicated and that Evans & Dixon and Fletcher would seek to withdraw as counsel for PALS on the morning of trial, which would leave PALS unrepresented at the trial of their Counterclaim.

28.     On the morning of trial, September 21, 2021, the parties entered into settlement negotiations.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

29.     Despite Fletcher's September 20, 2021 correspondence to Raeker-Bickel, Evans & Dixon, Fletcher, and Berwin continued to represent and advise PALS during the settlement negotiations.

30.     During the settlement negotiations, on September 21, 2021, Fletcher, Berwin, and Raeker-Bickel attempted to contact MFM.

31.     Despite being advised that the case was set to go to trial on September 21, 2021, an MFM employee advised Fletcher, Berwin, and Raeker-Bickel that the file was closed, that neither Kevin Robbins nor any MFM employee with the authority to increase the settlement offer was available to speak with them, and that MFM would not increase its settlement offer beyond the amount it had already allocated toward settlement *before* Berwin's correspondence of September 20, 2021.

32.     Roberts, Wieman, and Pruitt ultimately made bottom-line settlement demands in an amount that is confidential pursuant to the terms of the Settlement Agreement eventually executed by the Parties, but in an amount greater than the amount MFM had authorized for settlement.

33.     Fletcher and Berwin advised and urged PALS to pay the difference between Roberts, Wieman, and Pruitt's demand and the amount MFM had authorized for settlement.

34.     Having been advised that PALS faced a drastically increased award of compensatory and punitive damages and uncertain whether or not MFM would provide a defense to the Counterclaims and coverage for any portion of damages, PALS agreed to use its own funds to settle the case.

35.     MFM breached the terms of the Policy including, but not limited to, failing to provide a full and complete defense to the Counterclaims asserted in the litigation.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

36.    MFM breached its duty to act in good faith regarding settlement of the Counterclaims by:

    a.  Failing to have Robbins or another MFM employee familiar with the litigation and with authority to negotiate settlement available to discuss settlement on the day of trial;

    b.  Failing to consider the facts and circumstances communicated to MFM by Berwin in his correspondence of September 20, 2021;

    c.  Failing to take into consideration the fact that Evans & Dixon was intending to withdraw from representation of PALS thereby leaving PALS unrepresented at trial of the matter;

    d.  Designating the file as "closed" and refusing to consider an increase in settlement authority despite the discovery of additional facts that could significantly increase PALS exposure, including exposure to punitive damages.

37.    As a direct and proximate result of MFM's breach of the terms and conditions of the Policy, PALS has been damaged in the amount that it had to pay to settle the case and interest accruing on that amount.

38.    MFM's refusal to pay the loss was without reasonable cause or excuse.

39.    PALS has been further damaged in the amount of attorneys' fees it has incurred to prosecute the action and will incur to prosecute this action in the future.

WHEREFORE, Pets Alone Sanctuary of Lincoln County respectfully requests an Order of this Court entering judgment against Midwest Family Mutual Insurance Company in and amount

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

in excess of $25,000.00, for damages pursuant to § 375.420, RSMo., for its attorneys' fees herein expended, and for such other and further relief as the Court may deem just and proper.

**SMITH MUELLER, LLC**

Michael J. Smith                         #42973
Tricia J. Mueller                        #52884
130 W. Monroe Avenue
St. Louis, Missouri 63122
msmith@smithmueller.com
tmueller@smithmueller.com
(314) 266-6515/Telephone
(888) 586-4255/Fax
*Attorneys for Plaintiff*

**22SL-CC02987**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



# MIDWEST FAMILY MUTUAL
# INSURANCE COMPANY
P.O. BOX 9425, Minneapolis, MN 55440-9425

PETS ALONE OF LINCOLN
PO BOX 462
TROY, MO 63379

CPMO0560116436

**EXHIBIT A**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



**Midwest Family Mutual Insurance Company**

*Insuring Midwest Values Since 1891*

# Welcome to Midwest Family Mutual's Insured Portal!

Visit our secure website today at https://midwestfamily.com to get registered on the MFM Insured Portal, specifically designed for your convenience to make online payments, print proof-of-insurance cards, review your policy and much more!

✓ **GET REGISTERED**
- What you will need:  Your policy number(s) and policy ZIP code
- Go to **https://midwestfamily.com**
- Click on the "Register" tab located along the top right of the Home webpage

✓ **REGISTRATION CONFIRMATION**
- Upon successful Registration, the website will bring you to a "Site Registration" web page.
- An email will be sent to the email address that was provided when you registered. This email is required in order to complete the registration process.
- Once your email account is verified, you will be able to sign in to the MFM website.

✓ **SIGN IN**
- Go to Midwest Family website at **https://midwestfamily.com/**
- Click on the "Sign In" link found under the MAIN MENU located on the left margin or by clicking the on the "Sign In" tab.
- Enter your Username and Password that you created.  Remember to record this information for future use.  Click on the "Sign In" button.

✓ **SET UP MIDWEST FAMILY ID SHIELD**
- The ID Shield feature is an extra layer of security to ensure that you are accessing the website of Midwest Family Mutual and not a fake or an imposter website.

✓ **OTHER FEATURES**
- My Account Profile and Settings − ID Shield, password changes
- Proof of Insurance − Print ID Cards
- Make a Payment − Online payments with Credit Card or Electronic Check
- Payment History − View payments

www.midwestfamily.com

Copyright © 2012 Midwest Family Mutual Insurance Company

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



MIDWEST FAMILY MUTUAL
INSURANCE COMPANY
P.O. Box 9425 Minneapolis, MN 55440-9425

## New Business Declarations

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | *From* | *To* | | |
| CPMO0560116436 | 10/21/17 | 10/21/18 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

## Commercial Portfolio Policy Summary

| Coverage Part/Policy Attached | Effective Date | Annual Premium | Prorated Premium |
|---|---|---|---|
| This policy consists of the following coverage parts/policies for which a premium is indicated. | | | |
| This premium may be subject to adjustment or final audit. | | | |
| Businessowners Policy Coverages | 10/21/2017 – 10/21/2018 | $4,042.00 | $4,042.00 |
| Commercial Auto Coverages | 10/21/2017 – 10/21/2018 | $653.00 | $653.00 |
| **Policy Fees/Taxes** | | $.00 | $.00 |
| **Estimated Total Premium** | | $4,695.00 | $4,695.00 |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



**Midwest Family Mutual Insurance Company**

Insuring Midwest Values Since 1891*

MIDWEST FAMILY MUTUAL
INSURANCE COMPANY
P.O. Box 9425 Minneapolis, MN 55440-9425

## Businessowner's Policy

## New Business Declarations

| Policy Number | Policy Period From | To | | Agent # |
|---|---|---|---|---|
| CPMO0560116436 | 10/21/17 | 10/21/18 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

## Policy Summary

*'X' IF SUPPLEMENTAL DECLARATION* **[X]**   SUPPLEMENTAL DECLARATION

| Business Description:<br>**Businessowners (not otherwise classified)** | Form of Business:<br>**Other** |
|---|---|

In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| **DESCRIBED PREMISES** | Forms Applicable: Special |
|---|---|

| Premises No. | Bldg. No. | Location | Mortgage Holder Name and Address |
|---|---|---|---|
| **SEE ATTACHED SUPPLEMENTAL DECLARATIONS** | | | **SEE ATTACHED SCHEDULE** |

**PROPERTY** | PREM NO. | BLDG NO. | PREM NO. | BLDG NO. | PREM NO. | BLDG NO.

SEE ATTACHED SUPPLEMENTAL DECLARATIONS
Business Income/Extra Expense                    **ACTUAL LOSS SUSTAINED**
Premium:                                          **Included**

Deductible $ **SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

**OPTIONAL COVERAGES**

**SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

**LIABILITY AND MEDICAL PAYMENTS**

Except for Damage to Premises Rented to You, each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to paragraph D.4 of the Businessowners Coverage Form.

Limits of Insurance

| Liability and Medical Expenses | $2,000,000 Per Occurrence |
|---|---|
| Medical Expense | $1,000 Per Person |
| Damage to Premises Rented to You | $100,000 Any One Premises |
| Other Than Products/Completed Operations Aggregate | $4,000,000 |
| Products/Completed Operations Aggregate | $4,000,000 |

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

| **TOTAL PREMIUM** | **$4,042.00** |
|---|---|

## FORMS AND ENDORSEMENTS:  SEE ATTACHED SCHEDULE

During the past three years no insurer has canceled any insurance issued to the name insured, similar to that afforded hereunder, unless otherwise stated herein.

*THESE DECLARATIONS, TOGETHER WITH THE COVERAGE FORM(S), COMMON POLICY CONDITIONS AND FORMS
AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.*
Includes copyright material of Insurance Service Office, Inc., with its permission.

## Location Address(es)

| Prems. No. | Bldg. No. | Address |
|---|---|---|
| 1 | 1 | 4287 W HWY 47, HAWK POINT, MO, 63349 |
| 1 | 2 | 4287 W HWY 47, HAWK POINT, MO, 63349 (FENCE) |

## Description of Premises

| Prems. No. | Bldg. No. | Occupancy | Construction |
|---|---|---|---|
| 1 | 1 | Businessowners (not otherwise classified) | Frame |
| 1 | 2 | Businessowners (not otherwise classified) | Non-Combustible |

## Coverages

| Prems. No. | Bldg. No. | Coverages | Limit of Insurance | Automatic increase in Insurance | Ded |
|---|---|---|---|---|---|
| 1 | 1 | Building - RC | $400,000 | 6% | $1,000 |
| 1 | 1 | Personal Property/Contents - RC | $50,000 | 6% | $1,000 |
| 1 | 2 | Building - RC | $10,000 | 6% | $1,000 |

## Optional Coverages

| Prems. No. | Bldg. No. | Coverages | Limit | Ded |
|---|---|---|---|---|
| 1 | 1 | Equipment Breakdown deductible ---- total sublimit on: $400,000 expediating expenses perishable good computer equipment hazardous substances | $400,000 | $1,000 |
| 1 | 1 | Advantage and Plus | | |

## Form Schedule

*Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:*

### FORMS APPLICABLE TO ALL PREMISES AND COVERAGES

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| MFM ML1 | 04-05 | Amendatory Endorsement #1 | | | | |
| MFM ML2 | 04-05 | Amendatory Endorsement #2 | | | $2,000,000 | $400.00 |
| 000-BOP | 07-15 | Businessowners Forms | | | | |
| BOP0882 | 11-01 | Bodily Injury Property Damage due to Mold Exc | | | | |
| BOP0996 | 05-00 | Deductible Clause | | | | |
| BOP05 15 | 01-15 | Disclosure Pursuant to Terrorism Risk Ins Act | | | | |
| BOP05 16 | 01-15 | MO-Disclosure Pursuant to Terr | | | | |

*CPMO0560116436*

Electronically Filed - St. Louis County - June 20, 2022 - 04:24 PM

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| | | Risk Ins Act | | | | |
| BP0417 | 01-10 | Employment-Related Practices Exclusion | | | | |
| BP0517 | 01-06 | Exclusion - Silica or Silica-Related Dust | | | | |
| BP 00 03 | 01-10 | Businessowners Coverage Form | | | | |
| BP 01 11 | 11-13 | Missouri Changes | | | | |
| BP 01 57 | 10-08 | Missouri Changes-Pollution Exclusion | | | | |
| BP 05 01 | 07-02 | Calculation of Premium | | | | |
| BP 05 23 | 01-15 | Cap Losses from Certified Acts of Terrorism | | | | |
| BP 15 04 | 05-14 | Excl - Access/Disclosure of Confidential Info | | | | |
| BP0526M | 01-16 | Excl of Certified Acts of Terrorism Inv N/B/C | | | | |
| MFM 001 | 02-17 | Policyholder Notice | | | | |
| MFMBP-02 | 09-15 | Asbestos Exclusion | | | | |
| PRIV NTC | 07-01 | Privacy Policy Notice | | | | |
| BOP0011 | 09-15 | Businessowner's Advantage Plus Endorsement | | | | |
| BOP0026 | 01-16 | Equipment Breakdown Coverage | | | | |
| BOP 0012 | 01-16 | Businessowners Advantage Endorsement | | | | |
| BP0412 | 01-06 | Limitation of Cov to Designated Prem/Project | | | | |
| BP1003 | 07-13 | Earthquake | | | | $130.00 |
| MFM CL00 | 04-15 | Cyber Liability - MFM NetGuard Plus | | | 50,000 | $65.00 |
| MFMIL005 | 09-15 | Business Income/Extra Expense Limit | | | | |
| IR 08 84 | 04-05 | Commercial (BOP/Garage) Identity Recovery Cov | LOC 1 | $500 | 25,000 | $27.00 |
| BP0412 | 01-06 | Limitation of Cov to Designated Prem/Project | | | | |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

CPMO0560116436



**MIDWEST FAMILY MUTUAL
INSURANCE COMPANY**
P.O. Box 9425 Minneapolis, MN 55440-9425

## Commercial Auto Policy

### New Business Declarations

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | *From* | *To* | | |
| CPMO0560116436 | 10/21/17 | 10/21/18 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### Item Two - Schedule of Coverages and Covered Autos

*This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those autos shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.*

| Coverages | Covered Autos (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos | Limit The most we will pay for any one accident or loss | Premium |
|---|---|---|---|
| **Liability** | | | |
| CSL (BI ) | 7  8  9 | $1,000,000 | $457 |
| **Medical Payments** | | | |
| Medical Payments | 7 | $5,000 policy limit | $29 |
| **Uninsured Motorist** | | | |
| Bodily Injury | 7 | $1,000,000 policy limit | $35 |
| **Underinsured Motorist** | | | |
| Bodily Injury | 7 | $1,000,000 policy limit | $44 |
| **Physical Damage** | | | |
| Comprehensive | 7 | ** SEE FOLLOWING NOTATION | $31 |
| Collision | 7 | ** SEE FOLLOWING NOTATION | $57 |
| | | **Total Estimated Policy Premium** | **$653** |

**     Actual cash value or cost of repair, whichever is less, minus the deductible shown in Item Three Schedule for each covered auto. See Item Four forHired or Borrowed "Autos".

### Item Three - Schedule of Covered Autos

#### Vehicle 1  -  2013 CHEV EXPRESS VAN

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

| VIN | Cost New | Stated Amt | Territory | State | Symbol |
|---|---|---|---|---|---|
| 1GCSGAFX5D1190506 | $14,900 | | 129 | MO | |

| Radius | Usage | GWV/GVC | Age | Class | Liability | Phy. Dam. |
|---|---|---|---|---|---|---|
| | | | | | Primary Rating Factor | |
| Local | Comml | | 6 | 03199 | | |

| Coverage Description | Deductible | Premium |
|---|---|---|
| CSL (BI & PD) | | $379 |
| Collision | $1,000 | $57 |
| Comprehensive | $1,000 | $31 |
| Total Per Auto | | **$467** |

## Item Four - Schedule of Hired/Borrowed Covered Auto

| Coverage Liability | Limit | Rate | Est Cost of Hire | Premium |
|---|---|---|---|---|
| CSL (BI ) | $1,000,000 | 0 | IF ANY | $58 |
| | | | Total Premium: | **$166** |

*"Cost of hire" means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property*

## Item Five - Schedule for Non-Ownership Liability

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| ANIMAL SHELTER | Number of Employees | 1 | $20 |
| | | Total Premium: | **$20** |

## Item Six - Schedule for UM/UIM and Med Pay Liability

| Coverage | Policy Limit | Rating Basis | Number | Premium |
|---|---|---|---|---|
| Uninsured Motorist | $1,000,000 | Number of Drivers | 1 | $35 |
| Underinsured Motorist | $1,000,000 | Number of Drivers | 1 | $44 |
| Medical Payments | $5,000 | Number of Drivers | 1 | $29 |
| | | | Total Premium: | **$108** |

## Garaging

| Veh | Address | City | State | Terr |
|---|---|---|---|---|
| 1 | 4287 W HIGHWAY 47 | Hawk Point | MO | 129 |

## Form Schedule

*Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:*

### FORMS APPLICABLE TO ALL PREMISES AND COVERAGES

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| 000-AUT | 07-15 | Commercial Auto Forms | | | | |
| CA0001 | 12-90 | Business Auto Coverage Form | ALL | | | |
| CA9944 | 12-90 | Loss Payable Clause | ALL | | | |
| CA 01 65 | 10-06 | Missouri Changes | ALL | | | |
| CA 01 66 | 03-06 | Missouri Changes-Pollution Exclusion | ALL | | | |
| CA 02 19 | 03-03 | Indiana Changes-Cancellation/Nonrenewal | ALL | | | |
| CA 99 03 | 03-06 | Auto Medical Payments Coverage | ALL | | | |
| CA-23-85 | 01-06 | Exclusion of Terrorism Involving N/B/C | ALL | | | |
| IL0003 | 06-89 | Calculation of Premium | ALL | | | |
| IL0017 | 11-85 | Common Policy Conditions | ALL | | | |

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| IL 00 21 | 09-08 | Nuclear Energy Liability Excl Endt-Broad Form | ALL | | | |
| MFM 001 | 02-17 | Policyholder Notice | ALL | | | |
| PRIV NTC | 07-01 | Privacy Policy Notice | ALL | | | |
| CA 21 04 | 03-06 | Missouri Uninsured Motorists Coverage | | | | |
| CA 31 04 | 09-10 | MO Underinsured Motorists Coverage Limits | | | | |

*\* $20.0 NSF fee will apply on returned Checks/EFT payments.*

*\* $25.0 per policy reinstatement fee may also apply on cancelled policies as a result of returned Checks/EFT payments. per policy reinstatement fee may also apply on cancelled policies as a result of returned Checks/EFT payments.*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**



P.O. BOX 9425   MINNEAPOLIS, MN 55440
**INSURANCE IDENTIFICATION CARD**
**MISSOURI**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| CPMO0560116436 | 10/21/2017 | 10/21/2018 |

**DESCRIPTION OF VEHICLE**

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| 2013 CHEV EXPRESS VA | | 1GCSGAFX5D1190506 |

**AGENCY/COMPANY ISSUING CARD**

K FLYNN INSURANCE AGENCY
Phone: 636 528 6363

**INSURED:** PETS ALONE OF LINCOLN
PO BOX 462
TROY MO 63379

**SEE IMPORTANT INFORMATION ON REVERSE SIDE**

---

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**



P.O. BOX 9425   MINNEAPOLIS, MN 55440
**INSURANCE IDENTIFICATION CARD**
**MISSOURI**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| CPMO0560116436 | 10/21/2017 | 10/21/2018 |

**DESCRIPTION OF VEHICLE**

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| 2013 CHEV EXPRESS VA | | 1GCSGAFX5D1190506 |

**AGENCY/COMPANY ISSUING CARD**

K FLYNN INSURANCE AGENCY
Phone: 636 528 6363

**INSURED:** PETS ALONE OF LINCOLN
PO BOX 462
TROY MO 63379

**SEE IMPORTANT INFORMATION ON REVERSE SIDE**

**THIS CARD MUST BE CARRIED IN THE INSURED MOTOR VEHICLE FOR PRODUCTION UPON DEMAND**

**IF YOU HAVE AN ACCIDENT – NOTIFY POLICE IMMEDIATELY**

If anyone is injured please call 911. Obtain the following information:

1. Name, address, and telephone number of each driver, passenger and witness.

2. Name of Insurance Company, policy number and vehicle license plate numbers for each vehicle involved.

**Important:** Do not discuss the accident with anyone except your Agent/Company or Police. Do not admit fault.

If accident involves bodily injury please call your MFM agent at once. If you can't reach your agent call toll free 1-800-225-5636. In less serious cases report the accident to your agent as soon as convenient.

**THIS CARD MUST BE CARRIED IN THE INSURED MOTOR VEHICLE FOR PRODUCTION UPON DEMAND**

**IF YOU HAVE AN ACCIDENT – NOTIFY THE POLICE IMMEDIATELY**

If anyone is injured please call 911. Obtain the following information:

1. Name, address, and telephone number of each driver, passenger and witness.

2. Name of Insurance Company, policy number and vehicle license plate numbers for each vehicle involved.

**Important:** Do not discuss the accident with anyone except your Agent/Company or Police. Do not admit fault.

If accident involves bodily injury please call your MFM agent at once. If you can't reach your agent call toll free 1-800-225-5636. In less serious cases report the accident to your agent as soon as convenient.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*CPMO0560116436*

MFM ML1 04-05

**Amendatory Endorsement #1**

MIDWEST FAMILY MUTUAL INSURANCE COMPANY

INSURED: PETS ALONE OF LINCOLN

POLICY NUMBER: CPMO0560116436

THIS ENDORSEMENT CHANGES YOUR POLICY; PLEASE READ IT CAREFULLY

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

(GENERAL LIABILITY)

IT IS HEREBY UNDERSTOOD AND AGREED THAT MEDICAL PAYMENT COVERAGES FOR VOLUNTEERS HAVE BEEN
EXCLUDED OR REMOVED FROM THIS POLICY

*Date 10/23/2017*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MFM ML2 04-05

**Amendatory Endorsement #2**

MIDWEST FAMILY MUTUAL INSURANCE COMPANY

INSURED: PETS ALONE OF LINCOLN

POLICY NUMBER: CPMO0560116436

THIS ENDORSEMENT CHANGES YOUR POLICY; PLEASE READ IT CAREFULLY

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
(GENERAL LIABILITY)

IT IS HEREBY UNDERSTOOD AND AGREED THAT LIABILITY COVERAGE EXTENDS TO OFF-PREMISES EXPOSURES
CREATED BY SPECIAL EVENTS HELD FOR THE PURPOSE OF ANIMAL ADOPTION AND FUNDRAISING.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Business

Owners

Forms

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ IT CAREFULLY**
**BOP 08 82 (11 01)**

**BODILY INJURY OR PROPERTY DAMAGE DUE TO MOLD EXCLUSION**

This Endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

B.  EXCLUSIONS
    1f.
       Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including
       smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes
       materials to be recycled, reconditioned or reclaimed.

    Has been modified to:
       Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including
       but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals, mold and waste.
       Waste includes materials to be recycled, reconditioned or reclaimed.  Mold includes
       mold spores or any chemicals released as a result of mold growth.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**DEDUCTIBLE CLAUSE**

The deductible shown on the declarations page applies per occurrence and per location.
A location is defined as a single building or a cluster of buildings within 100 feet of each
other at a property complex.  The deductible also applies once to the total amount of
coverage for building, personal property and any appurtenant structures.

BOP 0996                    **MIDWEST FAMILY MUTUAL INSURANCE**              05/2000

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

POLICY NUMBER:                                                           **BUSINESSOWNERS**
**BOP05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO
# TERRORISM RISK INSURANCE ACT

### SCHEDULE

---

**SCHEDULE – PART I**

**Terrorism Premium (Certified Acts)**        $   0.00

**Additional information, if any, concerning the terrorism premium:**

---

**SCHEDULE – PART II**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

(Refer to Paragraph **B.** in this endorsement.)

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

POLICY NUMBER:                                                                    BUSINESSOWNERS
                                                                                  BOP05 16 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# MISSOURI – DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

## SCHEDULE

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)**        $     0.00 |
| Additional information, if any, concerning the terrorism premium: |

| SCHEDULE – PART II |
|---|
| 1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed: <br>    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible. <br>    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible. <br>    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible. <br>    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible. <br>    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible. <br>    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible. |
| NOTE: The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C.  Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BP 04 17 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II – Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

BP 04 17 01 10     © Insurance Services Office, Inc., 2009     **Page 1 of 1**   ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BP 05 17 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B. Exclusions** in **Section II – Liability:**

**B. Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

4. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions** in **Section II – Liability:**

1. "Silica" means silicon dioxide, (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2005

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BP 00 03 01 10

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In Section **II** – Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section **I** – Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section **II** – Liability.

## SECTION I – PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b)**;

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2)**; and

**(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**2. Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

  **(1)** Money And Securities Optional Coverage; or

  **(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns;

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

  **(1)** Outdoor Property Coverage Extension; or

  **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** "Electronic data", except as provided under Additional Coverages – Electronic Data. This Paragraph **i.** does not apply to your "stock" of prepackaged software.

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3. Covered Causes Of Loss**

Risks of direct physical loss unless the loss is:

**a.** Excluded in Paragraph **B.** Exclusions in Section **I;** or

**b.** Limited in Paragraph **4.** Limitations in Section **I.**

**4. Limitations**

**a.** We will not pay for loss of or damage to:

  **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

  **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

  **(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

  **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

  **(5)** The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    **(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

  **(1)** Animals, and then only if they are killed or their destruction is made necessary.

  **(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

    **(a)** Glass that is part of the exterior or interior of a building or structure;

© Insurance Services Office, Inc., 2009

BP 00 03 01 10   ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(b)** Containers of property held for sale; or

**(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

**Example #1**

| | |
|---|---|
| Limit of Insurance | $  90,000 |
| Amount of Deductible | $      500 |
| Amount of Loss | $  50,000 |
| Amount of Loss Payable | $  49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense | $  10,000 |
| Debris Removal Expense | |
| Payable | $  10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**(1)** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)** A cause of loss listed in Paragraph **(2)(a)** or **(2)(b)**;

**(ii)** One or more of the "specified causes of loss";

**(iii)** Breakage of building glass;

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

     (iv) Weight of people or personal property; or

     (v) Weight of rain that collects on a roof.

**(3)** This Additional Coverage – Collapse does **not** apply to:

    **(a)** A building or any part of a building that is in danger of falling down or caving in;

    **(b)** A part of a building that is standing, even if it has separated from another part of the building; or

    **(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

    **(a)** Awnings;

    **(b)** Gutters and downspouts;

    **(c)** Yard fixtures;

    **(d)** Outdoor swimming pools;

    **(e)** Piers, wharves and docks;

    **(f)** Beach or diving platforms or appurtenances;

    **(g)** Retaining walls; and

    **(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

    **(b)** The personal property which collapses is inside a building; and

    **(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

    **(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy; and

**(ii)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

**(c)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

**(i)** Means payroll expenses for all your employees except:

   **i.** Officers;

   **ii.** Executives;

   **iii.** Department Managers;

   **iv.** Employees under contract; and

   **v.** Additional Exemptions shown in the Declarations as:

      ● Job Classifications; or

      ● Employees.

**(ii)** Include:

   **i.** Payroll;

   **ii.** Employee benefits, if directly related to payroll;

   **iii.** FICA payments you pay;

   **iv.** Union dues you pay; and

   **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(ii)** Ends on the earlier of:

   **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

   **ii.** 30 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

    © Insurance Services Office, Inc., 2009     BP 00 03 01 10   ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(4)** This Additional Coverage is not subject to the Limits of Insurance of Section I – Property.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section I – Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**i. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section **I** – Property.

**j. Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**l. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10   □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under Section I – Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(c)** If an ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in Section I – Property do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(4)** Dependent property means property owned by others whom you depend on to:

**(a)** Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(6)** The Business Income coverage period, as stated in Paragraph **(5)**, does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(7)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**p. Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

**(2)** The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10   □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(3)** The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**q. Interruption Of Computer Operations**

**(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

**(2)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

**(b)** If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(c)** The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

**(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10   □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**6. Coverage Extensions**

In addition to the Limits of Insurance of Section **I** – Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire;

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(c)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

(1) Tools or equipment used in your business; or

(2) Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

(2) This Coverage Extension does not apply to:

(a) Property held as samples or for delivery after sale; and

(b) Property in storage away from the premises shown in the Declarations.

(3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

(4) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(5) Paragraph **B.** Exclusions in Section **I** – Property does not apply to this Coverage Extension except for:

(a) Paragraph **B.1.c.,** Governmental Action;

(b) Paragraph **B.1.d.,** Nuclear Hazard;

(c) Paragraph **B.1.f.,** War And Military Action;

(d) Paragraph **B.2.f.,** Dishonesty;

(e) Paragraph **B.2.g.,** False Pretense;

(f) Paragraph **B.2.m.(2),** Errors Or Omissions; and

(g) Paragraph **B.3.**

**f. Accounts Receivable**

(1) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

(3) Paragraph **B.** Exclusions in Section **I** – Property does not apply to this Coverage Extension except for:

(a) Paragraph **B.1.c.,** Governmental Action;

(b) Paragraph **B.1.d.,** Nuclear Hazard;

(c) Paragraph **B.1.f.,** War And Military Action;

(d) Paragraph **B.2.f.,** Dishonesty;

(e) Paragraph **B.2.g.,** False Pretense;

(f) Paragraph **B.3.;** and

(g) Paragraph **B.6.,** Accounts Receivable Exclusion.

© Insurance Services Office, Inc., 2009

□

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a. Ordinance Or Law**

   (1) The enforcement of any ordinance or law:

   (a) Regulating the construction, use or repair of any property; or

   (b) Requiring the tearing down of any property, including the cost of removing its debris.

   (2) This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in Paragraphs (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

   **d. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   **e. Utility Services**

   The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

   (1) Originates away from the described premises; or

   (2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

   Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

    (a) Foundations, walls, floors or paved surfaces;

    (b) Basements, whether paved or not; or

    (c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-related Losses**

(1) The failure, malfunction or inadequacy of:

    (a) Any of the following, whether belonging to any insured or to others:

        (i) "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

        (ii) "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

        (iii) "Computer" operating systems and related software;

        (iv) "Computer" networks;

        (v) Microprocessors ("computer" chips) not part of any "computer" system; or

        (vi) Any other computerized or electronic equipment or components; or

    (b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

    due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10     □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

However, if excluded loss or damage, as described in Paragraph **(1)** above results in a "specified cause of loss" under Section **I** – Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i.  "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**j.  Virus Or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.;**

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to "pollutants".

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.  Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b.  Consequential Losses**

Delay, loss of use or loss of market.

**c.  Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.  Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e.  Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**f. Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

**(a)** An abrupt falling down or caving in;

**(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b).**

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10        ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section **I** – Property.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

**(2)** Any other consequential loss.

**b.** With respect to this exclusion, suspension means:

**(1)** The partial slowdown or complete cessation of your business activities; and

**(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**6. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance of Section **I** – Property shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance of Section **I** – Property:

**a.** Fire Department Service Charge;

**b.** Pollutant Clean-up And Removal;

**c.** Increased Cost Of Construction;

**d.** Business Income From Dependent Properties;

**e.** Electronic Data; and

**f.** Interruption Of Computer Operations.

**4. Building Limit – Automatic Increase**

**a.** In accordance with Paragraph **C.4.b.,** the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

**b.** The amount of increase is calculated as follows:

**(1)** Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit by:

**(a)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

**(b)** .08, if no percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

**5. Business Personal Property Limit – Seasonal Increase**

**a.** Subject to Paragraph **5.b.,** the Limit of Insurance for Business Personal Property is automatically increased by:

**(1)** The Business Personal Property – Seasonal Increase percentage shown in the Declarations; or

**(2)** 25% if no Business Personal Property – Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

© Insurance Services Office, Inc., 2009

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**b.** The increase described in Paragraph **5.a** will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section **I** – Property.

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

**a.** Money and Securities;

**b.** Employee Dishonesty;

**c.** Outdoor Signs; and

**d.** Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Business Income;

**c.** Extra Expense;

**d.** Civil Authority; and

**e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section **I** – Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under Section **I** – Property that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value – Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or secondhand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts; and

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy; and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section **I** – Property.

**7. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

© Insurance Services Office, Inc., 2009
BP 00 03 01 10   □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**8. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

At our option, we may pay to the mortgage-holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under Section **I** – Property:

**a.** We cover loss or damage commencing:

    **(1)** During the policy period shown in the Declarations; and

    **(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

    **(1)** The United States of America (including its territories and possessions);

    **(2)** Puerto Rico; and

    **(3)** Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

    **(1)** Owned by you; or

    **(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3.**, Covered Causes Of Loss, and Paragraph **B.**, Exclusions in Section **I** – Property, do not apply to this Optional Coverage, except for:

    **(1)** Paragraph **B.1.c.**, Governmental Action;

    **(2)** Paragraph **B.1.d.**, Nuclear Hazard; and

    **(3)** Paragraph **B.1.f.**, War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

    **(1)** Wear and tear;

    **(2)** Hidden or latent defect;

    **(3)** Rust;

    **(4)** Corrosion; or

    **(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

    **(1)** Theft, meaning any act of stealing;

    **(2)** Disappearance; or

    **(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to Section **I** – Property, we will not pay for loss:

    **(1)** Resulting from accounting or arithmetical errors or omissions;

    **(2)** Due to the giving or surrendering of property in any exchange or purchase; or

    **(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10  ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

c. The most we will pay for loss in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

d. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

3. **Employee Dishonesty**

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of acts;

is considered one occurrence.

e. If any loss is covered:

(1) Partly by this insurance; and

(2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage is cancelled as to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.,** employee means:

**(1)** Any natural person:

**(a)** While in your service or for 30 days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent employee as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

**a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube, or brush; or

**(4)** The functioning of any safety or protective device.

**b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2), Limitations,** do not apply to this Optional Coverage.

**c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

**(1)** Paragraph **B.2.a. Electrical Apparatus;**

**(2)** Paragraph **B.2.d. Steam Apparatus;** and

**(3)** Paragraph **B.2.l.(6) Mechanical Breakdown.**

**d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Sign Optional Coverage** does not apply.

**e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**f.** With respect to **Additional Coverages 5.f. Business Income** and **5.g. Extra Expense**, if the 72-hour time period in the definition of ''period of restoration'' (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

As respects the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

**g.** With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

**1.** ''Computer'' means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

''Computer'' includes those used to operate production type machinery or equipment.

**h.** Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** ''Computer'' means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

''Computer'' does not include those used to operate production type machinery or equipment.

**2.** ''Counterfeit money'' means an imitation of ''money'' that is intended to deceive and to be taken as genuine.

**3.** ''Electronic data'' means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a ''computer'' or device connected to it, which enable the ''computer'' or device to receive, process, store, retrieve or send data.

**4.** ''Fungi'' means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5.** ''Manager'' means a person serving in a directorial capacity for a limited liability company.

**6.** ''Member'' means an owner of a limited liability company represented by its membership interest, who also may serve as a ''manager''.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**7.** "Money" means:

   **a.** Currency, coins and bank notes in current use and having a face value; and

   **b.** Travelers checks, register checks and money orders held for sale to the public.

**8.** "Operations" means your business activities occurring at the described premises.

**9.** "Period of restoration":

   **a.** Means the period of time that:

     **(1)** Begins:

       **(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

       **(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

       caused by or resulting from any Covered Cause of Loss at the described premises; and

     **(2)** Ends on the earlier of:

       **(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

       **(b)** The date when business is resumed at a new permanent location.

   **b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

     **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

     **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

**10.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

   **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**12.** "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

     **(1)** The cost of filling sinkholes; or

     **(2)** Sinking or collapse of land into manmade underground cavities.

   **b.** Falling objects does not include loss of or damage to:

     **(1)** Personal property in the open; or

     **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**14.** "Valuable papers and records" means inscribed, printed or written:

   **a.** Documents;

   **b.** Manuscripts; and

   **c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

© Insurance Services Office, Inc., 2009

BP 00 03 01 10 ☐

# SECTION II – LIABILITY

## A. Coverages

### 1. Business Liability

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** – Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability; and

**(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension – Supplementary Payments.

**b.** This insurance applies:

**(1)** To "bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(b)** The "bodily injury" or "property damage" occurs during the policy period; and

**(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

**(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension – Supplementary Payments**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

**i.** Cooperate with us in the investigation, settlement or defense of the "suit";

**ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**iii.** Notify any other insurer whose coverage is available to the indemnitee; and

**iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

**i.** Obtain records and other information related to the "suit"; and

**ii.** Conduct and control the defense of the indemnitee in such "suit".

© Insurance Services Office, Inc., 2009   ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in Section **II** − Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(a)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section **II** − Liability. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

**(b)** The operation of any of the following machinery or equipment:

**(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services; and

**(9)** Services in the practice of pharmacy.

© Insurance Services Office, Inc., 2009
BP 00 03 01 10   □

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**k. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit Of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limit Of Insurance in Section **II – Liability.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(8)** Committed by an insured whose business is:

  **(a)** Advertising, broadcasting, publishing or telecasting;

  **(b)** Designing or determining content of websites for others; or

  **(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(10)** With respect to any loss, cost or expense arising out of any:

  **(a)** Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

  **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**q. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**r. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.**, **d.**, **e.**, **f.**, **g.**, **h.**, **i.**, **k.**, **l.**, **m.**, **n.** and **o.** in Section **II** – Liability do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in Section **II** – Liability.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

**(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

**(1)** The "nuclear material":

**(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(b)** Has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**d.** As used in this exclusion:

**(1)** "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(2)** "Hazardous properties" include radioactive, toxic or explosive properties;

**(3)** "Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for:

**(i)** Separating the isotopes of uranium or plutonium;

**(ii)** Processing or utilizing "spent fuel"; or

**(iii)** Handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**(4)** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

**(5)** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**(6)** "Property damage" includes all forms of radioactive contamination of property;

**(7)** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(8)** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(9)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

**(10)** "Waste" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

**C. Who Is An Insured**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

© Insurance Services Office, Inc., 2009

BP 00 03 01 10    □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)** or **(b)**; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of Section **II** – Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

3. The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

4. **Aggregate Limits**

The most we will pay for:

a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

b. All:

(1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

(2) Plus medical expenses;

(3) Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

E. **Liability And Medical Expenses General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

© Insurance Services Office, Inc., 2009
BP 00 03 01 10   □

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section **II – Liability**, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**(2)** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

 a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

 b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

 a. Means:

  (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (a) You;

   (b) Others trading under your name; or

   (c) A person or organization whose business or assets you have acquired; and

  (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

 b. Includes:

  (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  (2) The providing of or failure to provide warnings or instructions.

 c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

 a. Means:

  (1) Work or operations performed by you or on your behalf; and

  (2) Materials, parts or equipment furnished in connection with such work or operations.

 b. Includes:

  (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

  (2) The providing of or failure to provide warnings or instructions.

## SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)

### A. Cancellation

 1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

 2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

  a. Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy;

   (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

    (a) Seasonal unoccupancy; or

    (b) Buildings in the course of construction, renovation or addition.

    Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

   (2) After damage by a Covered Cause of Loss, permanent repairs to the building:

    (a) Have not started, and

    (b) Have not been contracted for,

    within 30 days of initial payment of loss.

   (3) The building has:

    (a) An outstanding order to vacate;

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(b)** An outstanding demolition order; or

**(c)** Been declared unsafe by governmental authority.

**(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**(5)** Failure to:

**(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

**(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe and healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### G. Liberalization

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

### H. Other Insurance

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section I – Property.

2. Business Liability Coverage is excess over:

   a. Any other insurance that insures for direct physical loss or damage; or

   b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

### I. Premiums

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph 2. above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

### J. Premium Audit

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

### K. Transfer Of Rights Of Recovery Against Others To Us

1. Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         (a) Owned or controlled by you; or

         (b) That owns or controls you; or

      (3) Your tenant.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L.  Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BP 01 11 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. The following exclusion and related provisions are added to Paragraph **B.2. Exclusions:**

   a. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

   b. However, this exclusion will not apply to deny coverage to an innocent coinsured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this policy and the loss arose out of domestic violence. Such coverage will be provided only if the innocent coinsured files a police report and completes a sworn affidavit indicating both:

      **(1)** The cause of the loss; and

      **(2)** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

   c. If we pay a claim pursuant to Paragraph **A.1.b.,** our payment to the innocent coinsured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent coinsured has received payment. In no event will we pay more than the Limit of Insurance.

2. Paragraph **A.5.  Additional Coverages** is amended as follows:

   The following is added to Paragraph **a.(1) Debris Removal** and Paragraph **h. Pollutant Cleanup And Removal** and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

   If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under this coverage unless such failure operates to prejudice our rights.

3. Paragraph **E. Property Loss Conditions** is amended as follows:

   a. Paragraph **2. Appraisal** is replaced by the following:

      **2. Appraisal**

      If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

      **a.** Pay its chosen appraiser; and

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**b.** Paragraph **4. Legal Action Against Us** is replaced by the following:

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 10 years after the date on which the direct physical loss or damage occurred.

**c.** Subparagraphs **5.a.** and **5.b. Loss Payment** are replaced by the following:

**a.** In the event of partial loss or damage to Covered Property that is caused by or results from fire, and is covered by this policy, at your option, we will either:

**(1)** Pay you an amount of money equal to the damage done; or

**(2)** Repair the damage, so that the property is in as good a condition as before the fire.

But we will not pay more than the Limit of Insurance.

**b.** In the event of any loss or damage covered by this policy, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**(1)** Accept your claim;

**(2)** Deny your claim; or

**(3)** Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

If we have not completed our investigation, we will notify you again in writing, within 45 days after the date the initial notice is sent as provided in **b.(3)**, and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

**d.** The following is added to Paragraph **5. Loss Payment** Property Loss Condition:

When the Replacement Cost Coverage applies, the following is added with respect to such coverage, and relates only to the requirement to notify us of your intent to submit an additional claim (for the difference between actual cash value and replacement cost) to us within 180 days after the loss or damage occurs:

If you fail to notify us of your intent to submit the additional claim to us within the 180-day time frame, such failure will not invalidate that claim, unless such failure operates to prejudice our rights.

**B. Section II – Liability** is amended as follows:

Subparagraph **A.2.a.(3)(b) Medical Expenses** is replaced by the following:

**(b)** The expenses are incurred and reported within one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late submission, unless such late submission operates to prejudice our rights; and

**C. Section III – Common Policy Conditions** is amended as follows:

**1.** Paragraph **A.2. Cancellation** is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

© Insurance Services Office, Inc., 2013

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

**(1)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

**(2)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

**(3)** We become insolvent; or

**(4)** We involuntarily lose reinsurance for this policy.

**c.** 60 days before the effective date of cancellation if we cancel for any other reason.

**2.** Paragraph **A.5. Cancellation** is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

**(1)** Cancelled by us or at our request;

**(2)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

**(3)** Cancelled but rewritten with us or in our company group; or

**(4)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**b.** When this policy is cancelled at the request of the first Named Insured (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

**3.** Paragraph **H. Other Insurance** is replaced by the following:

**H. Other Insurance**

We shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

**4.** The following is added to Paragraph **K. Transfer Of Rights Of Recovery Against Others To Us:**

If we pay an innocent coinsured for loss arising out of an act of domestic violence by another insured, the rights of the innocent coinsured to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss, the innocent coinsured may not waive such rights to recover against the abuser.

**5.** Paragraph **L. Transfer Of Your Rights And Duties Under This Policy** is replaced by the following:

**L. Transfer By Beneficiary Deed**

If you convey real property insured under this policy to a person (known as a grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to your death, that person will have your rights and duties with respect to the insured real property, but only for the period from the date of your death until the first of the following occurs:

**1.** A period of 30 days from the date of your death;

**2.** The date that alternative coverage is obtained on your property; or

**3.** The end of the policy period as shown in the Declarations.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**M. Transfer By Other Means Following Death**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties, but only with respect to that property. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

6. The following paragraph is added and supersedes any provision to the contrary:

**N. Nonrenewal**

1. We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

2. If notice is mailed, proof of mailing will be sufficient proof of notice.

D. The following is added to the Businessowners Coverage Form:

**Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply, subject to all other provisions of the Act:

a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December 31st of the year next preceding the date the insurer becomes insolvent, provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

b. Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

(1) Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

(2) Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

     © Insurance Services Office, Inc., 2013     BP 01 11 11 13

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**BUSINESSOWNERS**
**BP 01 57 10 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS COVERAGE FORM

In this policy, any exclusion, limitation or other provision relating to "pollutants", or any amendment to or replacement of such exclusions, limitations or other provisions, applies whether or not the irritant or contaminant has any function in your business, operations, premises, site or location.

 © Insurance Services Office, Inc., 2008 ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BP 05 01 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**BUSINESSOWNERS**
**BP 05 23 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED
# ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

© Insurance Services Office, Inc., 2015

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**BUSINESSOWNERS**
**BP 15 04 05 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Exclusion **B.1.q.** of **Section II – Liability** is replaced by the following:

This insurance does not apply to:

**q.  Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

**(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

© Insurance Services Office, Inc., 2013

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II – Liability:**

This insurance does not apply to:

**p. Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MIDWEST FAMILY MUTUAL

BUSINESSOWNERS
BP0526M 01-16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF ACTS INVOLVING NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL MATERIAL

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.  Section I – Property** is amended as follows:

 **1.** The following exclusion is added:

 **a. Exclusion of Acts Involving Nuclear, Biological, Chemical or Radiological Material**

 We will not pay for loss or damage caused directly or indirectly by Nuclear, Biological, Chemical, or Radiological material. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such loss:

 **(1)** The loss is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

 **(2)** Radioactive material is released, and it appears that it was an intentional act to release such material; or

 **(3)** Pathogenic or poisonous biological or chemical material is released, and it appears that it was an intentional act to release such material.

 When this exclusion applies in accordance with the terms of Paragraph **A.1.a.(1)** or **A.1.a.(2)**, the exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form.

**B. Section II – Liability** is amended as follows:

 **1.** The following exclusion is added:

 This insurance does not apply to:

**Acts Involving Nuclear, Biological, Chemical or Radiological Material**

"Any injury or damage" arising, directly or indirectly, out of the release of Nuclear, Biological, Chemical, or Radiological material. However, this exclusion applies only when one or more of the following are attributed to such act:

 **a.** The loss involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

 **b.** The loss is due to the dispersal or application of pathogenic or poisonous biological or chemical materials; or

 **c.** Pathogenic or poisonous biological or chemical materials are released, and it appears that it was an intentional act to release such materials.

 **2.** The following definition is added:

 **a.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under this coverage form or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in this coverage form or any applicable endorsement.

**C.** The following provision is added to **Section I – Property** and **Section II – Liability:**

The terms and limitations of any exclusion, or the inapplicability or omission of an exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

Portions © Insurance Services Office, Inc., 2015

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## POLICYHOLDER NOTICE

Meeting Notice:  Midwest Family Mutual Insurance Company is a "Mutual" form of insurance company.  As a Policyholder, you are a "Member" of the company and have the right to influence the business of the company.  Each Policyholder "member" is entitled to one vote regarding any company business conducted at this Annual Meeting.

The Company's annual meeting is held at its Home Office located at 1711 Osceola Avenue, Chariton, Iowa at 10 a.m. on the third Monday in August each year. Attendance and participation via video-teleconferencing service will also be made available at Midwest Family Mutual Insurance Company's Regional Office at 3033 Campus Drive, Plymouth, Minnesota.

President                                    Secretary

MFM 001  02-17

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MFMBP-02 09-15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to
**Section II – Liability, B. Exclusions**:

This insurance does not apply to:

**Asbestos**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of asbestos at any time.

(2) "Personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of asbestos at any time.

(3) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos.

(4) "Bodily injury", arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, asbestos.

(5) "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, asbestos.

(6) "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, asbestos.

(7) "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, asbestos.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Midwest Family Mutual Insurance Company**

## *Privacy Policy Notice*

To Our Customers:

Midwest Family Mutual values you as a customer and has always safeguarded the information that is collected in order to provide you with the best possible products and services.  Federal legislation, the Gramm-Leach-Bliley Financial Modernization Act of 1999, now requires that we formally advise of this.

You provide us with most of the information about you that we use in evaluating your application and servicing your insurance policy.  We may collect non-public personal information about you from any of the following sources:  Information from you on application or other forms or in other transactions with us; our agents; or information we receive from a consumer reporting agency.  Depending on the nature of your coverage, we may collect information about you from third parties, such as other persons proposed for coverage under your policy or the State Motor Vehicle Department concerning your driving record.

We do not disclose any non-public information about our customers or former customers to anyone, except as permitted by law.  In some cases this may mean information can be disclosed to third parties without your authorization.  This is only done within the law and with parties that facilitate the underwriting of risk, settlement of claims, reinsurance of these functions or to comply with regulatory requirements.  We do not release information for any marketing purpose.

We restrict access to information about you to employees or agents to allow them to provide you with products or to provide you benefits or services under them.  We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your non-public personal information.

You have the right to obtain access to certain items of information we have collected about you, and you have the further right to request correction of information if you feel it is inaccurate.

We would also be pleased to tell you about our policies and procedures for the privacy of your information.  For a copy of our privacy policy or to access your information, please contact us in one of the following ways:

<div align="center">

Midwest Family Mutual Insurance Company
3033 Campus Drive STE 195E
Plymouth, MN   55441
Tel:  763-951-7000
Toll Free:  1-800-225-5636
Fax:  763-951-7092
Email:   www.midwestfamily.com

</div>

PRIV NTC  07/01

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MIDWEST FAMILY MUTUAL                                    **BOP 0011 09-15**

# BUSINESSOWNERS ADVANTAGE PLUS ENDORSEMENT

This endorsement modifies insurance provided under the BUSINESSOWNERS COVERAGE FORM.

Except as otherwise stated herein, the terms and conditions of the policy apply to the insurance stated below.

**A. DAMAGE TO PREMISES RENTED TO YOU**

The limit for Damage to Premises Rented to You is the greater of $50,000 or the amount shown on the declaration page.

**B. ADDITIONAL COVERAGES**

**1. FIRE DEPARTMENT SERVICE CHARGE**

The Fire Department Service Charge Additional Coverage in Paragraph **A.5.c.** of **Section I - Property** is amended as follows:

We will pay up to $5,000 unless a different limit is shown in the Declarations, for your liability for fire department service charges.

**2. MONEY AND SECURITIES**

a. We will pay for loss of money and securities used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these placed, resulting directly from:
(1) Theft, meaning the act of stealing;
(2) Disappearance; or
(3) Destruction
b. In addition to the Limitation and Exclusions applicable to property coverage, we will not pay for loss:

(1) Resulting from accounting or arithmetical error or omissions;
(2) Due to the giving or surrendering of property in any exchange or purchase; or
(3) Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device.
c. The most we will pay for loss in any one occurrence is:
(1) The greater of $1,000 or the limit shown in the Declarations for Inside the Premises for money and securities while:
(a) In or on the described premises; or
(b) Within a bank or savings institution; and
(2) The greater of $1,000 or the limit shown in the Declarations for Outside the Premises for money and securities while anywhere else.
d. All Loss
(1) Caused by one or more persons; or
(2) Involving a single act or series of related acts; is considered one occurrence.
e. You must keep records of all money and securities so we can verify the amount of any loss or damage.

**3. SEWER BACKUP**

We will pay for loss of or damage to:
a. Building(s) caused by water or effluents which backup through sewers, drains, sump, sump pump or related equipment.
b. Resulting Business Income
c. Resulting Extra Expense

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MIDWEST FAMILY MUTUAL                                    **BOP 0011 09-15**

We will not pay for loss or damage caused by:

(1) Sewer backup if the insured property has been damaged by flood on the insured premises 10 days prior to or 10 days after a sewer backup loss; or

(2) Sewer backup if you have a valid claim under a Flood Policy or endorsement in force at the time of loss.

LIMIT

The most we will pay under this peril is $5,000. When a specific Limit of Liability for Sewer Backup is shown in the Declarations, the additional amount of insurance stated in this endorsement shall apply as an excess insurance and then only after the specific insurance has been exhausted.

EXCLUSIONS

We do not insure against loss caused directly or indirectly by any of the following. These exclusions apply regardless of any other cause or event that contributes to the loss, whether before, during or after the loss, unless a specific exception is included below:

(1) Building Ordinance or Law. We will not pay for loss caused by or resulting from the enforcement of any ordinance or law (except for safety glazing) that:
   (a) Regulates the construction, use or repair of any property; or
   (b) Requires the tearing down of any property, including the cost of removing its debris.

(2) Fraud or Dishonesty. We will not pay for any loss that results from a fraudulent, dishonest or criminal act done by or at the instigation of any insured (except those who are also employees of the named insured), or partner, director or trustee of any insured.

(3) Leakage or Seepage. We will not pay for loss or damage resulting from:
   (a) Leakage or overflow from plumbing, heating, air conditioning, or other equipment or appliances (except fire protection systems) if due to freezing while the building is vacant or unoccupied. This exclusion does not apply if you used reasonable care to keep heat in the building or to shut off the supply and drain the equipment if heat was not maintained during a permitted vacancy or unoccupancy.
   (b) Continuous or repeated seepage or leakage of water or steam from a plumbing, heating or air conditioning system or domestic appliance.

If water, other liquids, powder or molten material causes a loss not excluded, we will pay to tear out and replace that part of the covered building as required to make the necessary repairs, but we will not pay to repair the defect that caused the loss or damage.

DEFINITION

The term flood as used in this endorsement means a general and temporary condition of partial or complete inundation of normally dry land areas from:

(1) The unusual and rapid accumulation or runoff of surface waters from any source.

(2) The overflow of inland or tidal waters.

(3) Waves, tides, or tidal waves.

All other terms, agreements, conditions and provisions remain unchanged.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MIDWEST FAMILY MUTUAL                                    **BOP 0011 09-15**

## C.  DEDUCTIBLE

1.  We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations.  We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2.  Regardless of the amount of the Deductible, the most we will deduct from any one loss or damage under all of the following Optional Coverages in any one occurrence is $250:

    a.  Money and Securities;
    b.  Sewer Backup
        But this $250 deductible will not increase the deductible shown in the Declarations.  This deductible will be used to satisfy the requirements of the deductible in the Declarations.

3.  No deductible applies to the following Additional Coverages:

    a.  Fire Department Service Charge;
    b.  Damage to Premises Rented to You.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BOP0026 01-16

# EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT

This endorsement changes coverage provided by the following:

**BUSINESSOWNERS COVERAGE FORM**

Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

**SECTION I - PROPERTY**

**A. Coverage**
The following **Limitations** are deleted from **Paragraph 4. Limitations** in **Section I**:

**4. Limitations**

   **a.** We will not pay for loss of or damage to:
   **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.
   **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**B. Additional Coverages**
The following **Additional Coverages** are added to **Paragraph 5. Additional Coverages** in **Section I**, as a part of and not in addition to the Equipment Breakdown limit shown on the declaration pages for the location(s):

**5. Additional Coverages**
   **s. Pollutant Clean Up and Removal**
   We will pay for the Pollutant Clean Up and Removal for loss resulting from an "Equipment Breakdown". The most we will pay for the Pollutant Clean Up and Removal is $250,000.

   This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

   **t. Expediting Expenses**
   We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

   **(1)** Make temporary repairs;
   **(2)** Expedite permanent repairs; and
   **(3)** Expedite permanent replacement

   Reasonable extra cost shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation."

   **u. Refrigerant Contamination**
   We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown".

   The most we will pay for Refrigerant Contamination is $250,000.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BOP0026 01-16

**v. Spoilage**

We will pay for loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment Breakdown" to property covered by this policy, that are:

**(1)** Located on or within 1,000 feet of your described premises; and

**(2)** Owned by you, the building owner at your described premises, or owned by a public utility.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freezing, falling objects, smoke, aircraft or vehicles, riot or civil commotion,  vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

"Perishable Goods" means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

The most we will pay for Spoilage is $250,000.

**w. CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

Additional costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved.  We also pay for addi-

tional loss as described under the Spoilage or Loss of Income Coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following:

**(1)** The cost to repair the damaged property and replace any lost CFC refrigerant;

**(2)** The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

**(3)** The cost to replace the system with one using a non-CFC refrigerant.

**x. Computer Equipment**

We will pay for loss or damage to your "computer equipment" caused by an "Equipment Breakdown".

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

**y. Service Interruption**

Any insurance provided for Business Income or Extra Expense is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BOP0026 01-16

**z. Valuable Papers and Records**
We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

**B. Exclusions**

The following **Exclusions** are deleted from **Paragraph B.2. Exclusions** in **Section I**:

**2. Electrical Apparatus**

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**d. Steam Apparatus**
Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**l. Other Types of Loss**
**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. This exclusion does not apply with respect to the breakdown of "computer(s)";

**C. Property General Conditions**
The following **Conditions** are added to **Paragraph F. Property General Conditions** in **Section I**:

**F. Property General Conditions**

The following **Property General Conditions** are added:

**5. Suspension**
Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension / coverage reinstatement to:

**a.** Your last known address; or
**b.** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BOP0026 01-16

suspension will be effective even if we have not yet made or offered a refund.

**6. Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.  We do not warrant that conditions are safe or healthful.

**7. Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more energy efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality.  This Condition does not apply to any property to which Actual Cash Value applies.

**8. Green Environmental and Efficiency Improvements**

If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay;

**a.** The lesser of the reasonable and necessary additional cost incurred by the Insured to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". "Like kind and quality" includes similar size and capacity.

**b.** The additional reasonable and necessary fees incurred by the Insured for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged  Covered Property as "Green".

**c.** The additional reasonable and necessary cost incurred by the Insured for certification or recertification of the repaired or replaced Covered Property as "Green".

**d.** The additional reasonable and necessary cost incurred by the Insured for "Green" in the removal, disposal or recycling of damaged Covered Property.

**e.** The business interruption (if covered within the Policy to which this **Equipment Breakdown Enhancement Endorsement** is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green"**,** in the coverages above.

We will not pay more than 125%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

**Green Environmental and Efficiency Improvements** does not cover any of the following:

**a.** Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

**b.** Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BOP0026 01-16

**c.** Any loss covered under any other section of this policy.

**d.** Any cost incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the time of the "Equipment Breakdown".

**D. OPTIONAL COVERAGES**
The following **changes are made to Section I, Paragraph G. Optional**:

**1.** With regards to coverage provided by this endorsement, **Section I, Paragraph G.1.c. (5) Outdoor Sign Optional Coverage** in the **Businessowners Coverage Form** does not apply.

**2.** The provisions of this endorsement supersede the following **Optional Coverages**:
   **4. Equipment Breakdown Protection Coverage**

**E. DEFINITIONS**
The following **Definitions** are added to **Section I, Paragraph H. Property Definitions**:
**H. PROPERTY DEFINITIONS**
   **15**. "Specified Causes of Loss" also means "Equipment Breakdown".

   "Equipment Breakdown" as used herein means:

   **a.** Physical loss or damage both originating within:
      **(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:
         **(a)** waste disposal piping;
         **(b)** any piping forming part of a fire protective system;
         **(c)** furnaces; and
            **(d)** any water piping other than:
               **(1)** boiler feed water piping between the feed pump and the boiler;
               **(2)** boiler condensate return piping; or
               **(3)** water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.
      **(2)** All mechanical, electrical, electronic or fiber optic equipment; and
   **b.** Caused by, resulting from, or consisting of:
      **(1)** Mechanical breakdown;
      **(2)** Electrical or electronic breakdown; or
      **(3)** Rupture, bursting, bulging, implosion, or steam explosion.
   However, "Equipment Breakdown" will not mean:
      **a.** Physical loss or damage caused by or resulting from any of the following; however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:
         **(1)** Wear and Tear;
         **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;
         **(3)** Smog;
         **(4)** Settling, cracking, shrinking or expansion;
         **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS
BOP0026 01-16

(6) Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

(7) Scratching and marring.

b. Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freezing, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

16. "Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

17. "Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

18. "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MIDWEST FAMILY MUTUAL                                              BOP 0012 01-16

# BUSINESSOWNERS ADVANTAGE ENDORSEMENT

This endorsement modifies insurance provided under the BUSINESSOWNERS COVERAGE FORM.
Except as otherwise stated herein, the terms and conditions of the policy apply to the insurance stated below.

**A.   ADDITIONAL AMOUNTS OF INSURANCE**

Amounts of insurance stated below are in addition to the limits of liability shown in the above form, Declarations or any other endorsement forming a part of this policy.

Additional amount of insurance applicable to:

1.   **Personal Property Off-premises** is $10,000 for all losses arising out of any one occurrence.  This additional amount of insurance applies to Business Personal Property of the insured (excluding money and securities) and Business Personal Property of Others held by the insured while such property is in transit or otherwise temporarily away from the premises described in the Declarations, including while at exhibitions.

2.   **Business Personal Property of Others** is $10,000 at each described premises.

Under Coverage **A.1.b.(2)** Business Personal Property, the definition for Property of Others is deleted and replaced by the following:

Property of others means property held by the insured usual to the occupancy of the insured and belonging in whole or in part to others.

3.   **Accounts receivable** is $5,000 at each described premises.

4.   **Valuable Papers** is $10,000 at each described premises.

**B.   ADDITIONAL COVERAGES**

1.   **COMPUTERS SYSTEMS COVERAGE**

This endorsement provides as an additional amount of insurance at each described premises up to $10,000 in any one policy period to cover insured's computer system(s) as provided for in the Form IH0075M COMPUTER SYSTEMS COVERGE ENDORSEMENT.  All provisions and Conditions of Form IH0075M apply to this coverage.

2.   **EXTERIOR SIGNS**

a.   This policy provides as an additional amount of insurance at each described premises up to $5,000 in any one policy period to cover direct physical loss to all exterior signs which are:
   (1) The property of the insured;
   (2) The property of others in the care, custody or control of the insured; and
   (3) Located on the premises described in the Declarations.

b.   This additional Coverage does not apply to losses caused by or resulting from:
   (1) Wear and tear;
   (2) Latent defect;
   (3) Corrosion or rust; or
   (4) Mechanical breakdown

c.   The Covered Causes of Loss provisions in the policy except exclusions listed for War and Military Action, Governmental

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MIDWEST FAMILY MUTUAL                                  BOP 0012 01-16

Action, and Nuclear Hazard do not apply to this Additional Coverage.

**3.  TEMPERATURE CHANGE**

This policy provides an additional amount of insurance, at each described premises, up to $10,000 in any one occurrence; to cover loss of or damage to perishable stock caused by change of temperature which is occasioned by:

a.  The fluctuation or total interruption of electric power, either on or off premises, resulting from conditions beyond the control of the insured;
b.  Mechanical breakdown of any refrigerating or cooling apparatus or equipment located on the described premises including the operation of overcurrent protective devices; and
c.  The freezing of stock resulting from the faulty operation of any stationary heating plant, when such perishable stock is contained within the building described in this policy.

This insurance covers only direct loss of or damage to the perishable stock and does not apply to any loss due to interruption of business.

**Additional Exclusions:**

The following additional exclusions apply to this additional coverage:

The Company shall not be liable for loss or damage to:
a.  Explosion, rupture or bursting of:
  (1)  Water pipes;
  (2)  Steam boilers, steam pipes, steam turbines or steam engines;
b.  The disconnecting of any refrigeration units from the source of electrical power or the termination of electrical power caused by throwing off of any switch or other device (on premises) usual to the shutting off of electrical current or electrical power;
c.  The leakage or escape of refrigerant gas or gases from any cause

including the rupture or bursting of refrigerant gas pipes or lines;
d.  The breaking of any glass that is a permanent part of any refrigerating unit;
e.  Insufficient fuel or complete lack of fuel used in the normal operation of the stationary heating plant; and
f.  Gradual deterioration, inherent vice, natural spoilage, or any processing operation.

**Deductible**

Each loss or damage covered under this Temperature Change coverage shall be adjusted separately and from the amount of each such loss the sum of $100 shall be deducted.

**Additional Definition**

The following additional definition applies to this additional coverage:

"Perishable stock" means Business Personal Property owned by or in the care, custody or control of the named insured which is:
1.  Maintained under controlled conditions for its preservation; and
2.  Susceptible to loss or damage if the controlled conditions change.

"Mechanical breakdown" is hereby defined as being the actual breaking, parting or separating of any mechanical part(s) of the refrigeration unit (other than gas pipes or lines, or the breaking of any glass as is specifically excluded) or the burning out of any electrical motor serving such unit, when such breaking or burning out shall then require replacement of the damaged part(s) to become functional. Faulty operation or malfunction of equipment which results in temperature changes but does not require the replacement of broken parts shall not be construed as "mechanical breakdown" and there shall be no liability under this extension of

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

MIDWEST FAMILY MUTUAL                                            **BOP 0012 01-16**

coverage for spoilage resulting from such malfunction.

**C.  LIMITS**

When a specific Limit of Liability for:

1.  Personal Property Off-Premises
2.  Business Personal Property of Others;
3.  Accounts Receivable;
4.  Valuable Papers;
5.  Computer Systems Coverage;
6.  Exterior Signs; or
7.  Temperature Change

is shown in the Declarations, the additional amount of insurance stated in this endorsement shall apply as an excess insurance and then only after the specific insurance has been exhausted.  If no limit is listed in the Businessowners Coverage Form or shown on the Declarations pages, then the limits shown in this endorsement are primary.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

POLICY NUMBER:                                                                        **BUSINESSOWNERS**
                                                                                      **BP 04 12 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **A.  Premises:** | |
| **B.  Project:** | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to **Section II – Liability:**

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

**1.** The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

**2.** The project shown in the Schedule.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**BUSINESSOWNERS**
**BP 10 03 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARTHQUAKE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section I – Property** is amended as follows:

**A.** With respect to the coverage provided under this endorsement, the following are considered Covered Causes of Loss:

  **1.** Earthquake.

  **2.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

**B.** All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**C.** With respect to the coverage provided by this endorsement, we will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

But, if this policy replaces earthquake insurance that excludes loss or damage that occurs after the expiration of the policy we will pay for loss or damage by Earthquake or Volcanic Eruption that occurs on or after the inception of this insurance, if the series of Earthquake shocks or Volcanic Eruptions began within 168 hours prior to the inception of this insurance.

**D.** To the extent that Exclusion **B.1.b. Earth Movement** might conflict with coverage provided under this endorsement, that exclusion does not apply.

**E.** Paragraph **D. Deductibles** is replaced by the following for Earthquake and Volcanic Eruption:

  **D. Deductibles**

    **1.** We will subtract a sum from the amount of loss or damage in any one occurrence.

    **a.** The sum we subtract from each separate item will be a percentage of its value. The applicable percentage is shown in the Declarations.

    **b.** This Deductible applies separately to the following:

      **(1)** Each building or structure;

      **(2)** The contents of each building or structure; and

      **(3)** Personal property in the open.

  **Example:**

    When:

| | |
|---|---|
| The value of the property is | $100,000 |
| The Earthquake Deductible is | 5% |
| The amount of loss is | $ 20,000 |

    Step **(a):** $100,000 x 5% = $5,000

    Step **(b):** $20,000 – $5,000 = $15,000

  The most we will pay is $15,000. The remaining $5,000 is not covered because of the Deductible.

    **2.** No deductible applies to the following Additional Coverages:

    **a.** Business Income;

    **b.** Extra Expense; and

    **c.** Civil Authority.

**F.** The following is added to Paragraph **C. Limits Of Insurance:**

The applicable Building and/or Business Personal Property Limit Of Insurance shown in the Declarations that applies to coverage under this endorsement also applies to the Business Income and Extra Expense Additional Coverages.

© Insurance Services Office, Inc., 2012

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**NETGUARD PLUS™ ENDORSEMENT**
**(Claims-Made and Reported Coverage)**

**IMPORTANT NOTICE**

This Endorsement modifies insurance provided under the Businessowners Coverage Form (BP 00 03), referred to hereinafter as the "Policy," issued by Midwest Family Mutual Insurance Company ("the Company"). This Endorsement takes effect as of the effective date of the Policy.

This Endorsement provides Claims-Made and Reported Coverage. Various provisions in this Endorsement restrict coverage. Read the entire Endorsement carefully to determine **your** rights and duties and what is and is not covered. All words and phrases in this Endorsement that appear in bold print have the meanings set forth in Section V of this Endorsement.  To the extent any words or phrases used in this Endorsement are defined elsewhere in this Policy, such definitions provided elsewhere do not apply to give meaning to the words or phrases used in this Endorsement.

The limits of liability for the coverage provided under this Endorsement are specified in Section IV of this Endorsement and are in addition to, and do not erode, the limits of liability provided elsewhere under the Policy. **Defense costs** paid under this Endorsement do erode, and will reduce, the limits of liability provided under this Endorsement.

**SECTION I - COVERAGE AGREEMENTS**

In consideration of the premium paid and subject to all terms, conditions, definitions, exclusions and other provisions of this Endorsement, the Company agrees as follows:

A.      MULTIMEDIA LIABILITY COVERAGE

Subject to the limits of liability specified in Section IV of this Endorsement, the Company will pay:

1.      **Damages** which an **insured** becomes legally obligated to pay; and
2.      **Defense costs**,

resulting from a **claim** for any actual or alleged **multimedia peril(s)**, provided that:

1.      Such **claim** is first made against an **insured** during the **policy period** or the **extended reporting period**, if applicable;
2.      The **insured** reports such **claim** in writing to the Company in accordance with Section VI of this Endorsement; and
3.      The **multimedia peril(s)** takes place or first commences on or after the initial effective date of this Endorsement.

B.      SECURITY AND PRIVACY LIABILITY COVERAGE

Subject to the limits of liability specified in Section IV of this Endorsement, the Company will pay:

1.      **Damages** which an **insured** becomes legally obligated to pay; and
2.      **Defense costs**,

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

resulting from a **claim** for any actual or alleged **security and privacy wrongful act** that directly results from a **security breach** or **privacy breach**, provided that:

1. Such **claim** is first made against an **insured** during the **policy period** or the **extended reporting period**, if applicable;
2. The **insured** reports such **claim** in writing to the Company in accordance with Section VI of this Endorsement; and
3. The **security breach** or **privacy breach** and the resulting **security and privacy wrongful act** take place or first commence on or after the initial effective date of this Endorsement.

C.   PRIVACY REGULATORY DEFENSE AND PENALTIES COVERAGE

Subject to the limits of liability specified in Section IV of this Endorsement, the Company will pay:

1. **Regulatory fines and penalties** and/or any **regulatory compensatory award** which an **insured** becomes legally obligated to pay; and
2. **Defense costs**,

directly resulting from a **claim** for any actual or alleged **security breach** or **privacy breach**, provided that:

1. Such **claim** is first made against an **insured** during the **policy period** or the **extended reporting period**, if applicable;
2. The **insured** reports such **claim** in writing to the Company in accordance with Section VI of this Endorsement; and
3. The **security breach** or **privacy breach** takes place or first commences on or after the initial effective date of this Endorsement.

D.   PRIVACY BREACH RESPONSE COSTS, NOTIFICATION EXPENSES, AND CUSTOMER SUPPORT AND CREDIT MONITORING EXPENSES COVERAGE

Subject to the limits of liability specified in Section IV of this Endorsement, the Company will pay reasonable **privacy breach response costs**, **notification expenses**, and/or **customer support and credit monitoring expenses** which **you** incur during the **policy period** as a direct result of a **security breach** or **privacy breach**, provided that:

1. The **security breach** or **privacy breach** takes place or first commences during the **policy period**; and
2. **You** report the **security breach** or **privacy breach** in writing to the Company in accordance with Section VI of this Endorsement.

E.   NETWORK ASSET PROTECTION COVERAGE

1. Loss of Digital Assets

   Subject to the limits of liability specified in Section IV of this Endorsement, the Company will reimburse **you** for **digital assets loss** and/or **special expenses** which **you** incur during the **policy period** as a direct result of damage, alteration, corruption, distortion, theft, misuse, or destruction of **your digital assets**, provided that:

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

a. Such damage, alteration, corruption, distortion, theft, misuse, or destruction of **your digital assets** is directly caused by a **covered cause of loss**;

b. **You** provide clear evidence that the **digital assets loss** and/or **special expenses** directly resulted from a **covered cause of loss**;

c. The **covered cause of loss** takes place or first commences during the **policy period**; and

d. **You** report the **covered cause of loss** in writing to the Company in accordance with Section VI of this Endorsement.

**Digital assets loss** and/or **special expenses** will be reimbursed for a period of up to twelve (12) months following the discovery of the damage, alteration, corruption, distortion, theft, misuse, or destruction of **your digital assets**.

2. Non-Physical Business Interruption and Extra Expense

Subject to the limits of liability specified in Section IV of this Endorsement, the Company will reimburse **you** for **income loss**, **interruption expenses** and/or **special expenses** which **you** incur during the **period of restoration** as a direct result of the total or partial interruption, degradation in service or failure of **your computer system**, provided that:

a. Such total or partial interruption, degradation in service or failure of **your computer system** is directly caused by a **covered cause of loss**;

b. **You** provide clear evidence that the **income loss**, **interruption expenses** and/or **special expenses** directly resulted from a **covered cause of loss**;

c. The **covered cause of loss** takes place or first commences during the **policy period**;

d. **You** report the **covered cause of loss** in writing to the Company in accordance with Section VI of this Endorsement; and

e. The total or partial interruption, degradation in service or failure of **your computer system** exceeds the **waiting period**.

F.    CYBER EXTORTION COVERAGE

Subject to the limits of liability specified in Section IV of this Endorsement, the Company will reimburse **you** for **cyber extortion expenses** and/or **cyber extortion monies you** pay as a direct result of a **cyber extortion threat**, including a demand for **cyber extortion monies**, provided that:

a. Such **cyber extortion threat** is first made against **you** during the **policy period**;

b. **You** provide clear evidence that the **cyber extortion expenses** and/or **cyber extortion monies** directly resulted from a **cyber extortion threat**; and

c. **You** report the **cyber extortion threat** in writing to the Company in accordance with Section VI of this Endorsement.

**Cyber extortion expenses** and/or **cyber extortion monies** shall not be paid without the Company's prior consultation and written authorization.  **You** must make every reasonable effort to notify the local law enforcement authorities and the Federal Bureau of Investigation or similar equivalent foreign agency before surrendering any **cyber extortion monies** in response to a **cyber extortion threat**.

G.    CYBER TERRORISM COVERAGE

Subject to the limits of liability specified in Section IV of this Endorsement, the Company will reimburse **you** for **income loss**, **interruption expenses,** and/or **special expenses** which **you** incur

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

during the **period of restoration** as a direct result of the total or partial interruption, degradation in service, or failure of **your computer system**, provided that:

    a.   Such total or partial interruption, degradation in service, or failure of **your computer system** is directly caused by an **act of terrorism**;

    b.   **You** provide clear evidence that the **income loss**, **interruption expenses** and/or **special expenses** directly resulted from an **act of terrorism**;

    c.   The **act of terrorism** takes place or first commences during the **policy period**;

    d.   **You** report the **act of terrorism** in writing to the Company in accordance with Section VI of this Endorsement; and

    e.   The total or partial interruption, degradation in service or failure of **your computer system** exceeds the **waiting period**.

## SECTION II – DEFENSE, INVESTIGATION, AND SETTLEMENT

The Company will have the right and duty to defend any **claim** for **damages** covered under Coverage Agreement A or Coverage Agreement B or for **regulatory fines and penalties** and/or a **regulatory compensatory award** covered under Coverage Agreement C, even if the allegations of the **claim** are groundless, false or fraudulent.  The Company may investigate or settle any **claim** at its sole discretion.  The applicable limits of liability will be reduced, and may be completely exhausted, by payment of **defense costs**.  The Company will not be obligated to pay or defend any **claim** after the applicable limit of the Company's liability hereunder has been exhausted.

No **insured** will incur any **defense costs** or other expenses, or settle any **claim**, assume any contractual obligation, admit liability, voluntarily make any payment, or otherwise consent to any settlement or judgment with respect to any **claim** without the Company's prior written consent, which will not be unreasonably withheld.  The Company will not be liable for any **defense costs** or other expenses, settlement or judgment to which it has not consented.

## SECTION III - EXCLUSIONS

The insurance provided under this Endorsement does not apply to:

A.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving any **multimedia peril**, **security and privacy wrongful act**, **security breach**, **privacy breach**, **covered cause of loss**, **cyber extortion threat**, **act of terrorism** or any fact, circumstance, or situation:

    1.    Which was the subject of written notice to any insurer given under any other policy of insurance prior to the initial effective date of this Endorsement;

    2.    Which was the subject of any prior and/or pending written demand for monetary relief made against an **insured**, or a civil, administrative or arbitration proceeding commenced against an **insured**, prior to the initial effective date of this Endorsement, or involves the same or substantially the same fact, circumstance, or situation underlying or alleged in such prior demand or proceeding;

    3.    Which an **insured** had knowledge of prior to the initial effective date of this Endorsement and which could reasonably be expected to give rise to a **claim**.

B.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving any actual, alleged or threatened discharge, dispersal, release or escape of pollutants or any direction,

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

request or voluntary decision to test for, abate, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants, nuclear material or nuclear waste. For purposes of this exclusion, "pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including mold, smoke, vapor, soot, fumes, acids, alkalis, chemicals, odors, noise, lead, oil or oil products, radiation, asbestos or asbestos-containing products and waste, and any electric, magnetic or electromagnetic field of any frequency. "Waste" includes, but is not limited to, material to be recycled, reconditioned or reclaimed.

C.   Any **claim** alleging liability assumed by an **insured** under any oral or written contract or agreement, except where such liability would otherwise apply apart from such contract or agreement and which is otherwise covered by this Endorsement.  With respect to any **multimedia peril**, **security breach** or **privacy breach**, this exclusion does not apply to any **claim** alleging liability **assumed under contract**.

D.   Any **claim** alleging breach of any express, implied, actual or constructive contract, warranty, guarantee, or promise, except where such liability would otherwise apply apart from such contract or agreement and which is otherwise covered by this Endorsement.  This exclusion does not apply to any **claim** alleging breach of **your** privacy policy or liability **assumed by contract**.

E.   Any **claim** which is covered under any Professional Liability policy or the Commercial General Liability coverage section of this Policy.

F.   Any **claim** alleging violations of the False Claims Act or any similar federal or state law, rule, or regulation concerning billing errors or fraudulent billing practices or abuse.

G.   Any **claim** alleging infringement of any patent or the misappropriation, theft, copying, display, or publication of any trade secret.

H.   Any **claim** alleging unfair competition, price fixing, deceptive trade practices, restraint of trade, or violation of any anti-trust laws.

I.   Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

1.   any employment or employment-related matters, including, but not limited to, employer-employee relations, policies, acts or omissions;
2.   any actual or alleged refusal to employ any person or any other actual or alleged misconduct with respect to employees; and
3.   any actual or alleged obligations of the **insured** under any workers' compensation, unemployment insurance, social security, disability benefits or other similar law.

J.   Any **claim** for **bodily injury** or **property damage**.

K.   Any **claim** alleging harassment or discrimination because of, or relating to, race, creed, color, age, sex, sexual orientation or preference, national origin, religion, handicap, disability, political affiliation, marital status, or any other basis prohibited by federal, state or local law.

L.   Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

1.   Satellite failures;
2.   Electrical or mechanical failures and/or interruption including, but not limited to, electrical disturbance, spike, brownout, or blackout; and
3.   Outages to gas, water, telephone, cable, telecommunications, or other infrastructure, unless such infrastructure is under **your** operational control.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

This exclusion does not apply to an otherwise covered **claim** under Coverage Agreement E or G.

M.     Any **claim** alleging violation of any of United States of America's economic or trade sanctions, including, but not limited to, sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

N.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

1.     Any willful, deliberately dishonest, malicious, fraudulent, or criminal act, error or omission;
2.     Any intentional violation of the law or of **your** privacy policy; or
3.     The gaining in fact of any profit, remuneration or financial advantage to which an **insured** was not legally entitled,

if committed by any **insured**, whether acting alone or in collusion with other persons. Notwithstanding the foregoing, the insurance afforded by this Endorsement will apply to **defense costs** incurred in defending any such **claim** until such time as there is a judgment or other final adjudication adverse to the **insured** establishing criminal, dishonest, fraudulent, or malicious conduct.  The Company will have the right to recover **defense costs** incurred in defending such **claim** from those parties found to have committed criminal, dishonest, fraudulent, or malicious acts.

This exclusion shall not apply to:

1.     Any **insured** that did not commit, participate in, or have knowledge of any such criminal, dishonest, fraudulent, or malicious conduct described in this exclusion; and
2.     With respect to Coverage Agreement E, a **claim** resulting from employee sabotage.

O.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

1.     Any actual or alleged **multimedia peril**, **security and privacy wrongful act**, **security breach**, **privacy breach**, **covered cause of loss**, **cyber extortion threat**, **act of terrorism** or fact, circumstance, or situation  that took place or first commenced prior to the initial effective date of this Endorsement; or

2.     Any other actual or alleged **multimedia peril**, **security and privacy wrongful act**, **security breach**, **privacy breach**, **covered cause of loss**, **cyber extortion threat**, **act of terrorism** or fact, circumstance, or situation that took place on or subsequent to the initial effective date of this Endorsement, which, together with an actual or alleged **multimedia peril**, **security and privacy wrongful act**, **security breach**, **privacy breach**, **covered cause of loss**, **cyber extortion threat**, **act of terrorism** or fact, circumstance, or situation that took place prior to such date, would constitute related **multimedia perils**, **security and privacy wrongful acts**, **security breaches**, **privacy breaches**, **covered causes of loss**, **cyber extortion threats**, **act of terrorisms** or facts, circumstances, or situations.

For purposes of this exclusion, **multimedia perils**, **security and privacy wrongful acts**, **security breaches**, **privacy breaches**, **covered causes of loss**, **cyber extortion threats**, **act of terrorisms** or facts, circumstances, or situations will be deemed related if they are logically or causally connected by any common fact, circumstance, situation, event, transaction or series of facts, circumstances, situations, events or transactions.

P.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving any business, joint venture or enterprise not named in the Declarations Page.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Q.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving any conduct, act, error or omission of any individual serving in any capacity other than as **your** officer, director, partner, stockholder, trustee or employee.

R.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving an **insured's** insolvency or bankruptcy, the insolvency or bankruptcy of any other individual or entity, or the failure, inability or unwillingness to make payments because of the insolvency, liquidation, or bankruptcy of any individual or entity.

S.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving the wear and tear, drop in performance, progressive deterioration, or aging of **your** electronic equipment or **computer hardware**.

T.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving the failure of overhead transmission and distribution lines.

U.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving the gradual deterioration of subterranean insulation.

V.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving fire, smoke, explosion, lightning, wind, water, flood, earthquake, volcanic eruption, tidal wave, landslide, hail, force majeure or any other physical event however caused. This exclusion does not apply to an otherwise covered **claim** under Coverage Agreement E or G.

W.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

   1.    the gradual deterioration, wear and tear, or latent or time-delayed damage of **your computer system**; or
   2.    **your** failure, or the failure of those acting on **your** behalf, to maintain any computer, **computer system** or network, computer software, or any other equipment.

X.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving the actual or alleged inaccurate, inadequate or incomplete description of the price of goods, products or services.

Y.    Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving cost guarantees, cost representations, contract price or cost estimates being exceeded.

Z.    Any **claim** brought by or on behalf of:

   1.    any **insured** against another **insured**;
   2.    any entity which is owned, in whole or in part, by an **insured**, or any entity directly or indirectly controlled, operated or managed by an **insured**;
   3.    any entity which is a parent, affiliate or subsidiary of any entity in which an **insured** is a partner or joint venturer; and
   4.    any individual or entity who is a partner or joint venturer of any entity in which an **insured** is also a partner or joint venturer.

   This exclusion shall not apply to an otherwise covered **claim** under Coverage Agreement B, which is brought by **your** past, present or future employee alleging a **security and privacy wrongful act**, but

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

only if such employee or any of **your** past or present officers, directors or trustees did not commit, participate in, or contribute to such **security and privacy wrong act** or any **security breach** or **privacy breach**.

AA.   Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving unauthorized trading. For purposes of this exclusion, "unauthorized trading" means trading, which at the time of the trade is:

    1.   in excess of permitted financial limits; or
    2.   outside of permitted product lines.

BB.   Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

    1.   the actual or alleged purchase, sale, offer of, or solicitation of an offer to purchase or sell securities;
    2.   the loss of value of any securities; and
    3.   Any actual or alleged violation of any securities law such as the provisions of the Securities Act of 1933, the Securities Exchange Act of 1934, the Sarbanes-Oxley Act of 2002 or any regulation promulgated under the foregoing statutes, or any federal, state, local, or foreign laws similar to the foregoing statutes, including "Blue Sky" laws, whether such law is statutory, regulatory or common law.

CC.   Any **claim** alleging violation of the Organized Crime Control Act of 1970 (commonly known as 'Racketeer Influenced And Corrupt Organizations Act' or 'RICO'), as amended, or any regulation promulgated under the foregoing statutes, or any similar federal, state, local or foreign laws, whether such law is statutory, regulatory or common law.

DD.   Any **claim** which is brought by the Federal Trade Commission, the Federal Communications Commission or any other federal, state or local governmental entity, in such entity's regulatory or official capacity. This exclusion does not apply to an otherwise covered **claim** under Coverage Agreement C.

EE.   Any **claim** alleging:

    1.   The violation of any pension, healthcare, welfare, profit sharing or mutual or investment plans, funds or trusts; and
    2.   The violation of any provision of the Employee Retirement Income Security Act of 1974 and its amendments and/or the Pension Protection Act of 2006 and its amendments, or any regulation, ruling or order issued pursuant thereto.

FF.   Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

    1.   Strikes or similar labor actions, war, invasion, act of foreign enemy, hostilities or warlike operations (whether declared or not), civil war, mutiny, civil commotion assuming the proportions of or amounting to a popular uprising, military uprising, insurrection, rebellion, revolution, military or usurped power, or any action taken to hinder or defend against these actions;
    2.   The confiscation, nationalization, requisition or destruction of, or damage to, property by or under the order of any government or public or local authority; and
    3.   Any action taken in controlling, preventing, suppressing or in any way relating to 1 or 2 above.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

This exclusion does not apply to an **act of terrorism**.

GG.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving **your** commercial decision to cease providing a particular product or service, but only if **you** are contractually obligated to continue providing such products or services.

HH.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving:

1.      Gambling or pornography;
2.      Prizes, awards or coupons; or
3.      The sale or provision of prohibited, restricted or regulated items such as alcoholic beverages, tobacco or drugs.

II.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving any fine or penalty arising out of:

1.      Any agreement by **you** to comply with or follow the Payment Card Industry Standard or any Payment Card Company Rules;
2.      The implementation, maintenance or compliance with any security measures or standards related to any payment card data, such as any fine or penalty imposed by a payment card company on a merchant bank or payment processor that **you** have paid or agreed to reimburse or indemnify.

This exclusion does not apply to **regulatory fines and penalties** to the extent insurable by law and if resulting from an otherwise covered **claim** under Coverage Agreement C.

JJ.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving the use of programs that are not **operational programs** or **delivered programs**.

KK.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving any **insured's** intentional use of illegal or unlicensed programs that are in violation of the provisions or laws referring to software protection.

LL.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving the confiscation, commandeering, requisition, destruction of, or damage to **computer hardware** by order of a government de jure or de facto or by any public authority for whatever reason.

MM.     Any **claim** based upon, arising out of, resulting from, in consequence of, or in any way involving the existence, emission or discharge of any electromagnetic field, electromagnetic radiation or electromagnetism that actually or allegedly affects the health, safety or condition of any person or the environment or that affects the value, marketability, condition or use of any property.

NN.     With respect to Coverage Agreement E.1:

1.      Any amount incurred in restoring, updating or replacing **digital assets** to a level beyond that which existed prior to the **covered cause of loss**;
2.      Physical damage to the **computer hardware** or **data** center, other than that covered under **covered cause of loss**, paragraph 1(a);
3.      Contractual penalties or consequential damages;
4.      Any liability to third parties for whatever reason, including legal costs and expenses of any type;

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

5.     Fines or penalties imposed by law;

6.     The economic or market value of **digital assets**;

7.     Costs or expenses incurred to identify, patch or remediate software program errors or **computer system** vulnerabilities;

8.     Costs to upgrade, redesign, reconfigure or maintain **your computer system** to a level of functionality beyond that which existed prior to the **covered cause of loss**; or

9.     Any losses paid under Coverage Agreement E.2.

OO.     With respect to Coverage Agreement E.2:

1.     Any loss arising out of a physical cause or natural peril, including, but not limited to, fire, wind, water, flood, subsidence or earthquake, which results in physical damage to **computer hardware** and/or any **data** center;

2.     Any loss expense arising out of updating or replacing **digital assets** to a level beyond that which existed prior to the **covered cause of loss**;

3.     Contractual penalties or consequential damages;

4.     Any liability to third parties for whatever reason, including legal costs and expenses of any type;

5.     Fines or penalties imposed by law;

6.     Costs or expenses incurred to identify, patch or remediate software program errors or **computer system** vulnerabilities;

7.     Loss of goodwill and reputational harm;

8.     Costs to upgrade, redesign, reconfigure or maintain **your computer system** to a level of functionality beyond that which existed prior to the **covered cause of loss**; or

9.     Any losses paid under Coverage Agreement E.1.

## SECTION IV - LIMITS OF LIABILITY

A.     With respect to the coverages provided under this Endorsement, the limits of liability are as follows:

| | | |
|---|---|---|
| 1. | Multimedia Liability Coverage: | $ 50,000 each **Claim** |
| 2. | Security and Privacy Liability Coverage: | $ 50,000 each **Claim** |
| 3. | Privacy Regulatory Defense and Penalties Coverage: | $ 50,000 each **Claim** |
| 4. | Privacy Breach Response Costs, Notification Expenses & Customer Support and Credit Monitoring Expenses Coverage: | $ 50,000 each **Claim** |
| 5. | Network Asset Protection Coverage: | $ 50,000 each **Claim** |
| 6. | Cyber Extortion Coverage: | $ 50,000 each **Claim** |
| 7. | Cyber Terrorism Coverage: | $ 50,000 each **Claim** |
| 8. | Aggregate Limit: | $ 50,000 |

B.     The "each **claim**" limit of liability stated in Section IV, paragraphs A.1. to A.7, is the maximum amount the Company will pay for each **claim** under each Coverage Agreement of this Endorsement, including

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**defense costs** where applicable, regardless of the number of **insureds**, individuals or entities making a **claim**, or the number of **claims** made.

C.      The  "aggregate limit" stated in Section IV, paragraph A.8, is the maximum amount the Company will pay for all **claims** made during the **policy period** under one or more Coverage Agreements of this Endorsement.  The "aggregate limit" includes **defense costs** where applicable.

D.      If the "aggregate limit" is exhausted, then the Company's obligations under this Endorsement will be deemed completely fulfilled and extinguished.

E.      All **claims** made under any one Coverage Agreement which arise out of the same, related, or continuing acts, facts or circumstances will be considered a single **claim** without regard to the number of **insureds**, **claims**, or persons or entities making a **claim**, and only one "each **claim**" limit of liability will apply. Such **claim** will be deemed to first made on the date the earliest of the related **claims** was first made and will be deemed first reported to the Company on the date the earliest of the related **claims** was first reported to the Company in writing. Appeals and any post-trial proceedings or consolidated proceedings will be considered to be part of the original **claim**.

F.      In the event that a **claim** is made and applies to more than one Coverage Agreement under this Endorsement, only one "each **claim**" limit of liability will apply.  The Company has the sole discretion to allocate amounts paid, if any, against the appropriate limit of liability.

## SECTION V - DEFINITIONS

When used in this Endorsement:

A.      **Act of terrorism** means an act, including, but not limited to, the use of force or violence and/or the threat thereof, by any person or group(s) of persons, whether acting alone on behalf of, or in connection with, any organization(s) or government(s), which is committed for political, religious, ideological, or similar purposes including the intention to influence any government and/or put the public, or any section of the public, in fear.

B.      **Adverse media report** means any unpredictable report or communication of an actual or potential **security breach** or **privacy breach**, which:

  1.      has been publicized through any media channel including, but not limited to, television, **print media**, radio or electronic networks, the **internet**, and/or electronic mail;
  2.      threatens material damage to **your** reputation or **your** brands; and
  3.      results in **you** incurring **privacy breach response costs**.

C.      **Assumed under contract** means liability for **damages** resulting from a **multimedia peril, security breach** or **privacy breach** where such liability has been assumed by **you** in the form of a written hold harmless or indemnity agreement that predates the first such **multimedia peril**, **security breach**, or **privacy breach**.

D.      **BPO service provider** means any third party independent contractor that provides business process outsourcing services for **your** benefit under a written contract with **you**, including, but not limited to, call center services, fulfillment services, and logistical support.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

E.   **Bodily injury** means physical injury, sickness, disease, pain or death, and if arising out of the foregoing, mental anguish, mental injury, shock, humiliation or emotional distress sustained by a person at any time.

F.   **Claim** means:

    1.   with respect to Coverage Agreement A (Multimedia Liability) and Coverage Agreement B (Security and Privacy Liability):

        a.   any written demand for monetary or non-monetary relief made against an **insured**;
        b.   any civil proceeding or arbitration proceeding initiated against an **insured**, commenced by the service of a complaint or similar pleading or notification; or
        c.   any written request to toll or waive a statute of limitations relating to a potential **claim** against an **insured**, including any appeal therefrom;

    A **claim** under Coverage Agreement A or Coverage Agreement B will be deemed to be first made when an **insured** first receives notice of any of 1.a. through 1.c. above.

    2.   with respect to Coverage Agreement C (Privacy Regulatory Defense and Penalties), a **government investigation** commenced against an **insured** by letter notification, complaint, or order of investigation. A **claim** under Coverage Agreement C will be deemed to be first made when it is first received by an **insured**.

    3.   with respect to Coverage Agreement D (Privacy Breach Response Costs, Notification Expenses & Customer Support and Credit Monitoring Expenses):

    **your** written report to the Company of an actual or potential **security and privacy wrongful act**, **adverse media report**, **security breach,** or **privacy breach**. A **claim** under Coverage Agreement D will be deemed to be first made when such written report is received by the Company.

    4.   with respect to Coverage Agreement E (Network Asset Protection):

    **your** written report to the Company of a **covered cause of loss**. A **claim** under Coverage Agreement E will be deemed to be first made when such written report is received by the Company.

    5.   with respect to Coverage Agreement F (Cyber Extortion):

    **your** written report to the Company of a **cyber extortion threat**. A **claim** under Coverage Agreement F will be deemed to be first made when such written report is received by the Company.

    6.   with respect to Coverage Agreement G (Cyber Terrorism):

    **your** written report to the Company of an **act of terrorism**. A **claim** under Coverage Agreement G will be deemed to be first made when such written report is received by the Company.

G.   **Computer hardware** means the physical components of any computer system including CPUs, memory, storage devices, storage media, and input/output devices and other peripheral devices and

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

components, including, but not limited to, cable, connectors, fiber optics, wire, power supply units, keyboards, display monitors, and audio speakers.

H.  **Computer program(s)** means an organized set of instructions that, when executed, causes a computer to behave in a predetermined manner. **Computer program(s)** include, but are not limited to, communications, networking, operating system, and related **computer programs** used to create, maintain, process, retrieve, store, and/or transmit electronic **data**.

I.  **Computer system(s)** means interconnected electronic, wireless, web, or similar systems (including all **computer hardware** and software) used to process and store **data** or information in an analogue, digital, electronic, or wireless format including, but not limited to, **computer programs**, electronic **data**, operating systems, **firmware**, servers, media libraries, associated input and output devices, mobile devices, networking equipment, websites, extranets, off line storage facilities (to the extent that they hold electronic **data**), and electronic backup equipment.

J.  **Computer virus** means a program that possesses the ability to create replicas of itself (commonly known as "auto-reproduction" program) within other programs or operating system areas or which is capable of spreading copies of itself wholly or partly to other **computer systems**.

K.  **Covered cause of loss** means, and is limited to, the following:

   1.  Accidental Damage or Destruction

      a.  Accidental physical damage or destruction of **electronic media** so that stored **digital assets** are no longer machine-readable;

      b.  Accidental damage or destruction of **computer hardware** so that stored **data** is no longer machine-readable;

      c.  Failure in power supply or under/over voltage only if such power supply is under **your** direct operational control. "Direct operational control" includes back-up generators;

      d.  **Programming error** of **delivered programs**; or

      e.  Electrostatic build-up and static electricity.

   2.  Administrative or Operational Mistakes

      An accidental, unintentional, or negligent act, mistake, error or omission by **your** employee, a **BPO service provider,** or **outsourced IT service provider** in:

      a.  the entry or modification of **your** electronic **data**, which causes damage to such **data**; or

      b.  the creation, handling, development, modification, or maintenance of **your digital assets**; or

      c.  ongoing operation or maintenance of **your computer system** excluding the design, architecture, or configuration of **your computer system**.

   3.  Computer Crime and Computer Attacks

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

An act, mistake or negligent error or omission in the operation of **your computer system** or handling of **your digital assets** by **your** employee, a **BPO service provider**, or **outsourced IT service provider**, which fails to prevent or hinder any of the following attacks intended to maliciously cause harm to **your computer system**:

    a.      A **denial of service attack**;
    b.      **Malicious code**;
    c.      **Unauthorized access**; or
    d.      **Unauthorized use**.

L.      **Criminal proceeding** means any governmental action for enforcement of criminal laws, including those offenses for which conviction could result in imprisonment and/or criminal fine.

M.     **Customer support and credit monitoring expenses** means those reasonable and necessary expenses which **you** incur, with the Company's prior written consent, for the provision of customer support activity, including the provision of credit file monitoring services and identity theft education and assistance for up to a period of twelve (12) months from the date of enrollment in such credit file monitoring services, in the event of a **privacy breach**.

N.      **Cyber extortion expenses** means all reasonable and necessary costs and expenses which **you** incur, with the Company's prior written consent, as a direct result of a **cyber extortion threat**, other than **cyber extortion monies**.

O.      **Cyber extortion monies** means any funds or property which **you** pay, with the Company's prior written consent, to a person(s) or entity(ies) reasonably believed to be responsible for a **cyber extortion threat** insured under Coverage Agreement F, for the purpose of terminating such **cyber extortion threat**.

P.      **Cyber extortion threat** means a credible threat or series of related credible threats, including, but not limited to, a demand for **cyber extortion monies**, directed at **you** to:

    1.      Release, divulge, disseminate, destroy or use the confidential information of a third party taken from **you** as a result of **unauthorized access** to, or **unauthorized use** of, **your computer system**;
    2.      Introduce **malicious code** into **your computer system**;
    3.      Corrupt, damage or destroy **your computer system**;
    4.      Restrict or hinder access to **your computer system**, including, but not limited to the threat of a **denial of service attack**; or
    5.      Electronically communicate with **your** customers and falsely claim to be **you** or to be acting under **your** direction in order to falsely obtain personal confidential information of **your** customers (also known as "pharming," "phishing," or other types of false communications).

Q.      **Damages** means the amount of money which an **insured** is legally obligated to pay as a result of a covered **claim** under Coverage Agreement A or Coverage Agreement B, including judgments and any prejudgment or post-judgment interest awarded against the **insured** on that part of any judgment paid or to be paid by the Company, legal fees and costs awarded against an **insured** pursuant to such judgments, and settlements negotiated with the Company's consent.

     **Damages** do not include:  (1) taxes; (2) any amount for which an **insured** is absolved from legal responsibility to make payment to a third party; (3)  amounts owed under contract; (4) **your** future

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

profits or royalties or any return, withdrawal, restitution or reduction of **your** professional fees, profits or other charges; (5) punitive, liquidated or exemplary damages or the multiplied portion of multiplied damages; (6) fines, sanctions or penalties; (7) any matters that are deemed uninsurable under applicable law; (8) the costs to comply with orders granting injunctive or non-monetary relief, including specific performance or any agreement to provide such relief; (9) disgorgement of any remuneration or financial advantage to which **you** were not legally entitled; or (10) settlements negotiated without the Company's consent.

R.     **Data** means any and all information stored, recorded, appearing or present in or on **your computer system**, including, but not limited to, information stored, recorded, appearing or present in or on **your** electronic and computer databases, the **internet**, intranet, extranet and related websites, facsimiles, and electronic mail.

S.     **Defense costs** means reasonable and necessary legal fees, costs and expenses incurred in the investigation, defense and appeal of any covered **claim** under Coverage Agreement A, Coverage Agreement B or Coverage Agreement C, to which the Company has consented.  **Defense costs** do not include any wages, salaries, fees, overhead or other charges incurred by, or paid to, any **insured** for any time spent in cooperating in the defense and investigation of any **claim** or potential **claim** under this Endorsement.

T.     **Delivered programs** means programs, applications, and software where the development stage has been finalized, having passed all test-runs, and been proven successful in a live environment.

U.     **Denial of service attack** means an event caused by unauthorized or unexpected interference or a malicious attack intended by the perpetrator to overwhelm the capacity of a **computer system** by sending an excessive volume of electronic **data** to such **computer system** in order to prevent authorized access to such **computer system**.

V.     **Digital assets** mean **data** and **computer programs** that exist in a **computer system**.  **Digital assets** do not include **computer hardware**.

W.     **Digital assets loss** means reasonable and necessary expenses and costs which **you** incur to replace, recreate, or restore **digital assets** to the same state and with the same contents immediately before it was damaged, destroyed, altered, misused, or stolen, including expenses for materials and machine time, as well as costs associated with restoration, recreation and replacement.  **Digital Assets Loss** also includes amounts representing employee work time to replace, recreate, or restore **digital assets**, which shall be determined on a predefined billable hours or per hour basis as based upon **your** schedule of employee billable hours.

X.     **Electronic media** means floppy disks, CD ROM's, hard drives, magnetic tapes, magnetic discs, or any other media on which electronic data is recorded or stored.

Y.     **Extended reporting period** means the additional reporting period described in Section VIII of this Endorsement.

Z.     **Firmware** means the fixed programs that internally control basic low-level operations in a device.

AA.     **Government investigation** means a formal investigation instituted against **you** by any federal, state or local government agency or authority as a result of a **security breach** or **privacy breach**.

BB     **Income loss** means financial loss **you** sustain, as determined in accordance with the provisions of

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Coverage Agreement E.2 or Coverage Agreement G.

CC.  **Insured** means the **named insured** and current  executive officers,  partners,  directors,  stockholders, trustees, or employees of the **named insured**, but only while such individuals are acting within the scope of their duties on behalf of the **named insured**.

DD.  **Internet** means the worldwide public network of computers which enables the transmission of electronic **data** between different users, including a private communications network existing within a shared or public network platform.

EE.  **Interruption expenses** means those expenses, excluding **special expenses**, which **you** incur in accordance with the provisions of Coverage Agreement E.2 or Coverage Agreement G, to:

   1.   avoid or minimize the suspension of **your** business as a result of the total or partial interruption, degradation in service, or failure of **your computer system** caused directly by a **covered cause of loss** or an **act of terrorism**, which **you** would not have incurred had no **covered cause of loss** or **act of terrorism** occurred, including, but not limited to, the use of rented/leased external equipment, substitution of other work or production procedures, use of third party services, or additional staff expenditures or labor costs; and

   2.   minimize or avoid a **covered cause of loss** or **act of terrorism** and continue **your** business.

   The amount of **interruption expenses** recoverable under paragraph 1 above shall in no case exceed the amount by which the covered **income loss** is reduced by such incurred expenses.

FF.  **Malicious code** means software intentionally designed to insert itself and damage a **computer system** without the owner's informed consent by a variety of forms including, but not limited to, virus, worm, Trojan horses, spyware, dishonest adware, and crimeware.

GG.  **Multimedia peril(s)** means the release of, or display of, any **electronic media** on **your internet** site or **print media** for which **you** are solely responsible, which directly results in any of the following:

   1.   any form of defamation or other tort related to the disparagement or harm to the reputation or character of any person or organization, including libel, slander, product disparagement, or trade libel,
   2.   Invasion, infringement or interference with an individual's right of privacy including false light, intrusion upon seclusion, commercial misappropriation of name, person, or likeness, and public disclosure of private facts;
   3.   Plagiarism, piracy, or misappropriation of ideas under an implied contract;
   4.   Infringement of copyright, trademark, trade name, trade dress, title, slogan, service mark or service name; or
   5.   Domain name infringement or improper deep-linking or framing.

HH.  **Named insured** means the person or organization listed as such on the Declarations.

II.  **Notification expenses** means those reasonable and necessary expenses which **you** incur, with the Company's prior written consent, to comply with governmental privacy legislation mandating notification to affected individuals in the event of a **security breach** or **privacy breach**. **Notification expenses** include, but are not limited to: 1) legal expenses; 2) computer forensic and investigation fees; 3) public relations expenses; 4) postage expenses; 5) and related advertising expenses.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

JJ.     **Operational programs** means programs and software which are ready for operational use, having been fully developed, tested, and accepted by **you**.

KK.     **Outsourced IT service provider** means a third party independent contractor that provides information technology services for **your** benefit under a written contract with **you**.  Outsourced services include, but are not limited to, hosting, security management, co-location, and **data** storage.

LL.     **Period of restoration** means the period of time that commences on the date when the interruption, degradation, or failure of **your computer system** began and ends on the later of:

1.      The date when **your computer system** is restored or could have been repaired or restored with reasonable speed to the same condition, functionality, and level of service that existed prior to the **covered caused of loss** or the **act of terrorism**, whichever applies, plus no more than thirty (30) consecutive days after the restoration of **your computer system** to allow for restoration of **your** business; or

2.      One hundred and twenty (120) consecutive days after the notice of **covered cause of loss** or **act of terrorism** is received by the Company.

MM.     **Policy period** means the period of coverage commencing on the date shown on the Declarations Page attached to the Policy as the Policy Effective Date, or the effective date shown on this Endorsement, whichever is later, and ending upon the effective date of termination, expiration or cancellation of coverage under the Policy.

NN.     **Print media** means newspapers, newsletters, magazines, books, and literary works in any form, brochures or other types of publications, and advertising materials, including packaging, photographs, and digital images.

OO.     **Privacy breach** means any of the below, whether actual or alleged, but only if committed or allegedly committed by **you** or by others acting on **your** behalf for whom **you** are legally responsible, including **BPO service providers** and **outsourced IT service providers**:

1.      a common law breach of confidentiality, infringement, or violation of any right to privacy, including, but not limited to, a breach of **your** privacy policy, false light, intrusion upon a person's seclusion, commercial misappropriation of name, person, or likeness, or public disclosure of a person's private information; or

2.      any breach of privacy regulations, as they currently exist and as amended, associated with the confidentiality, access, control, and use of personally identifiable, non-public information, including, but not limited to:

   a.   Health Insurance Portability and Accountability Act of 1996 (Public Law 104- 191), known as HIPAA, and related state medical privacy laws;
   b.   Gramm-Leach-Bliley Act of 1999 (G-L-B), also known as the Financial Services Modernization Act of 1999;
   c.   State and federal statutes and regulations regarding the security and privacy of consumer information;
   d.   Governmental privacy protection regulations or laws associated with the control and use of personal information;
   e.   Privacy provisions of consumer protection laws, including the Federal Fair Credit Reporting Act (FCRA) and similar state laws;
   f.   The Health Information Technology for Economic and Clinical Health Act

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

("HITECH"), Title XIII of the American Recovery and Reinvestment Act ("ARRA") of 2009.

A series of continuing **privacy breaches** or related or repeated **privacy breaches** will be considered a single **privacy breach** and will be deemed to have taken place at the time of the first of such **privacy breaches**.

PP.     **Privacy breach response costs** means those reasonable and necessary fees and expenses which **you** incur, with the Company's prior written consent, for the employment of a public relations consultant, if **you** reasonably consider such action is necessary in order to avert or mitigate any material damage to **your** reputation or to any of **your** brands which results or reasonably will result from an **adverse media report**.

QQ.     **Programming error** means an error which occurs during the development or encoding of a computer program, software, or application, which would, when in operation, result in a malfunction or incorrect operation of a **computer system**.

RR.     **Property damage** means injury to tangible property, including all resulting loss of use of that property, and loss of use of tangible property that is not physically injured. **Data** is not considered tangible property.

SS.     **Regulatory compensatory award** means a sum of money which an **insured** is legally obligated to pay as an award or fund for affected individuals, including a regulatory agency's monetary award to a third party, due to an adverse judgment or settlement arising out of a **government investigation**. **Regulatory compensatory award** does not include a criminal penalty or fine issued by a regulatory agency of any kind, including federal, state, or local governmental agencies.

TT.     **Regulatory fines and penalties** mean any civil fines and penalties imposed against an **insured** as a result of a **government investigation**.

UU.     **Security and privacy wrongful act** means any of the following acts, whether actual or alleged, but only if committed or allegedly committed by the **insured**:

     1.     the failure to prevent or hinder **unauthorized access** to or **unauthorized use** of **your computer system**, security failures, or social engineering techniques devised to trick the user into surrendering personal information ("phishing" or "pharming") that in turn result in:

         a.     the alteration, copying, corruption, destruction, deletion, or damage to electronic **data** stored on **your computer system**;

         b.     theft, loss or unauthorized disclosure electronic and non-electronic confidential commercial, corporate, personally identifiable, or private information that is in **your** care, custody or control;

         c.     theft, loss, or unauthorized disclosure of electronic and non-electronic confidential commercial, corporate, personally identifiable, or private information that is in the care, custody or control of a **BPO service provider** or **outsourced IT service provider** that is holding, processing, or transferring such information on **your** behalf; provided, however, that the theft, loss or unauthorized disclosure occurs while **your** written contract with such **BPO service provider** or **outsourced IT service provider** is in effect; or

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

d.      **unauthorized use** of, or **unauthorized access** to, a **computer system** other than **your computer system**.

2.      **your** failure to timely disclose a **security breach** affecting personally identifiable, nonpublic information or the failure to dispose of personally identifiable, nonpublic information within the required time period, in violation of privacy regulations in effect now or in the future;

3.      the failure to prevent the transmission of **malicious code** or **computer virus** from **your computer system** to the **computer system** of a third party;

4.      a **privacy breach**;

5.      the failure to prevent or hinder participation by **your computer system** in a **denial of service attack** directed against **internet** sites or the **computer system** of any third party; or

6.      Loss of employee information.

VV.   **Security breach** means:

1.      **Unauthorized access** to, or **unauthorized use** of, **your computer system**, including **unauthorized access** or **unauthorized use** resulting from the theft of a password from **your computer system** or from any **insured**;

2.      A **denial of service attack** against **your computer system**; or

3.      Infection of **your computer system** by **malicious code** or the transmission of **malicious code** from **your computer system**,

whether any of the foregoing is a specifically targeted attack or a generally distributed attack. A series of continuing **security breaches**, related or repeated **security breaches**, or multiple **security breaches** resulting from a continuing failure of computer security will be considered a single **security breach** and be deemed to have taken place at the time of the first of such **security breaches**.

WW.   **Special expenses** means reasonable and necessary costs and expenses which **you** incur to:

1.      Prevent, preserve, minimize, or mitigate any further damage to **your digital assets**, including the reasonable and necessary fees and expenses of specialists, outside consultants, or forensic experts **you** retain;

2.      Preserve critical evidence of any criminal or malicious wrongdoing;

3.      Purchase replacement licenses for **computer programs** because the copy protection system and/or access control software was damaged or destroyed by a **covered cause of loss** or an **act of terrorism**; or

4.      notify customers of a total or partial interruption, degradation in service, or failure of **your computer system** resulting from a **covered cause of loss** or an **act of terrorism**.

XX.   **Unauthorized access** means the gaining of access to a **computer system** by an unauthorized person or persons.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

YY.   **Unauthorized use** means the use of a **computer system** by unauthorized persons or authorized persons in an unauthorized manner.

ZZ.   **Waiting period** means the 8 hour period of time which must elapse before the recovery of loss under Coverage Agreement E.2. or Coverage Agreement G will be considered. The **waiting period** applies to each **period of restoration**.

AAA.   **You** and **your** mean the **named insured**.

BBB.   **Your computer system** means:

1.   A **computer system** operated by and either owned by, or leased to, **you**;

2.   With respect to Coverage Agreement B only, a **computer system** operated by a **BPO service provider** or **outsourced IT service provider** and used for the sole purpose of providing hosted computer application services to **you** or for processing, maintaining, hosting, or storing **your** electronic **data**, pursuant to a written contract with **you** for such services.

## SECTION VI – NOTICE PROVISIONS

A.   NOTICE OF A CLAIM

1.   With respect to Insuring Agreements A, B and C, **you** must give the Company written notice of any **claim** made against **you** as soon as practicable during the **policy period** or during the **extended reporting period**, if applicable. However, no **claim** will be denied based on **your** failure to provide notice within the specified time frame, unless this failure operates to prejudice the Company's rights, as per Missouri regulation 20CSR100-1.020.

2.   With respect to Insuring Agreements D, E, F and G, **you** must give the Company written notice of **your claim** no later than 60 days from the date an **insured** first discovers the event or incident giving rise to such **claim**. However, no **claim** will be denied based on **your** failure to provide notice within the specified time frame, unless this failure operates to prejudice the Company's rights, as per Missouri regulation 20CSR100-1.020.

3.   **You** must provide the Company with copies of all documentation comprising the **claim** as well as any authorization, cooperation, or assistance as the Company may require.

4.   The Company will not be obligated to pay any amounts incurred prior to notification of a **claim** to the Company or incurred without the Company's prior written consent.

B.   NOTICE OF A POTENTIAL CLAIM

If, during the **policy period**, **you** first become aware of any facts or circumstances which could give rise to a **claim** covered under this Endorsement, and if **you** provide the Company with written notice during the **policy period** of:

1.   The details regarding such facts or circumstances;
2.   The nature of the loss incurred;
3.   The identity of the potential claimant(s) involved;
4.   The manner in which **you** first became aware of the facts or circumstances; and

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

5.      The consequences which have resulted or may result,

then any **claim** subsequently made arising out of such facts or circumstances will be deemed first made on the date such notice was given to the Company.

**SECTION VII - LOSS DETERMINATION UNDER COVERAGE AGREEMENT E AND COVERAGE AGREEMENT G.**

A.      LOSS OF DIGITAL ASSETS

For any and all coverage provided under Coverage Agreement E.1., **digital assets loss** will be determined as follows:

1.      If the impacted **digital asset** was purchased from a third party, the Company will pay only the lesser of the original purchase price of the **digital asset** or the reasonable and necessary **digital assets loss**.

2.      If it is determined that the **digital assets** cannot be replaced, restored or recreated, then the Company will only reimburse the actual and necessary **digital assets loss** incurred up to such determination.

B.      NON-PHYSICAL BUSINESS INTERRUPTION AND EXTRA EXPENSE AND CYBER TERRORISM

For any and all coverage provided under Coverage Agreement E.2 and Coverage Agreement G, **income loss** will be determined as the reduction of **your** income during the **period of restoration**, which is:

1.      **your** net income (net profit or loss before income taxes) that would have been reasonably projected, but which has been lost directly as a result of total or partial interruption, degradation in service or failure of **your computer system** caused directly by a **covered cause of loss** or an **act of terrorism**, whichever applies.  The revenue projection will take into account the prior experience of **your** business preceding the date of the **covered cause of loss** or the **act of terrorism** and the probable experience had no **covered cause of loss** or **act of terrorism** occurred.  Revenues include the amount of money paid or payable to **you** for goods, products or services sold, delivered or rendered in the normal course of **your** business.  Revenue projection will be reduced by the extent to which **you** use substitute methods, facilities or personnel to maintain **your** revenue stream.  The Company will take into consideration **your** documentation of the trends in the business and variations in or other circumstances affecting the business before or after the **covered cause of loss** or the **act of terrorism**, which would have affected **your** business had no **covered cause of loss** or **act of terrorism** occurred; and

2.      Any fixed operating expenses (including ordinary payroll) incurred, but only to the extent that such operating expenses must continue during the **period of restoration**.

**SECTION VIII – EXTENDED REPORTING PERIOD**

1.      In the event of termination of this Policy for any reason other than non-payment of premium, the Company will provide an **extended reporting period** of sixty (60) days during which **claims** otherwise covered by this Endorsement may be made and reported.  Such **extended reporting period** will apply to **claims** first made and reported during the **extended reporting period**, which arise out of:

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

    (a)    Any actual or alleged **multimedia peril**, **security and privacy wrongful act**, **security breach** or **privacy breach** under Coverage Agreement A, B and  C, whichever applies, that takes place or first commences after the initial effective date of this Endorsement and prior to the end of the **policy period**; and

    (b)    Any **security breach**, **privacy breach**, **covered cause of loss**, **cyber extortion threat** or **act of terrorism** under Coverage Agreement D, E, F and G, whichever applies, that takes place or first commences during the **policy period**.

2.    The **extended reporting period** will not apply to any **claim** that is covered under any subsequent insurance.

3.    All terms and conditions of this Endorsement, including the Notice Provisions, will continue to apply during the **extended reporting period**.

4.    The existence of an **extended reporting period** will not increase or reinstate the limits of liability set forth in Section IV of this Endorsement.

## SECTION IX – OTHER INSURANCE

The coverage provided by this Endorsement will be excess insurance over any other valid and collectible insurance available, including any self insured retention or deductible portion thereof, whether such insurance is stated to be primary, pro rata, contributory, excess, contingent or otherwise, unless such insurance specifically applies as excess insurance over the insurance provided under this Endorsement.

## SECTION X – ARBITRATION

Notwithstanding any other provision of this Endorsement or the Policy, any irreconcilable dispute between the Company and an **insured** is to be resolved by arbitration in accordance with the then current rules of the American Arbitration Association, except that the arbitration panel shall consist of one arbitrator selected by the **insured**, one arbitrator selected by the Company, and a third independent arbitrator selected by the first two arbitrators. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator has the power to decide any dispute between the Company and the **insured** concerning the application or interpretation of this Endorsement. However, the arbitrator shall have no power to change or add to the provisions of this Endorsement. The **insured** and the Company will share equally in the cost of arbitration.

**MIDWEST FAMILY MUTUAL**                                          **MFMIL005 09-15**

# <u>BUSINESS INCOME/EXTRA EXPENSE LIMIT</u>

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ CAREFULLY**

This endorsement modifies insurance provided in the Businessowners Coverage Form

The following changes are made to the Businessowners coverage form:

**SECTION I – PROPERTY – A. Coverage**
**5. Additional Coverages**
**f. Business Income (1) (b)** is replaced by the following:
We will only pay for loss of Business Income that you sustain during the "period of restoration". We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage. This loss will be subject to the limit shown in the Declarations for Business Income/Extra Expense.  We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.
**f. (2) Extended Business Income (4)** is replaced by the following:
This additional Coverage is subject to the limit shown in the Declarations for Business Income/Extra Expense.
**g. Extra Expense (4)** is replaced by the following:
We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage and subject to the limit shown in the Declarations for Business Income/Extra Expense.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**BUSINESSOWNERS**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# IDENTITY RECOVERY COVERAGE

## IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

The following is added as an Additional Coverage to the Property section:

### IDENTITY RECOVERY COVERAGE

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1.  There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2.  Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Theft Expense coverage is applicable; and

3.  Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1.  **Case Management Service**

    Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2.  **Expense Reimbursement**

    Reimbursement of necessary and reasonable "identity theft expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover:

1.  "Identity theft  expenses" incurred to restore a professional or business identity.

2.  "Identity theft expenses" incurred due to any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others.

3.  Loss other than "identity theft expenses".

4.  "Identity theft expenses" arising from any "identity theft" by or with the knowledge of any relative or former relative of the "identity recovery insured."

5.  Loss arising from an "identity theft" that is first discovered by the "identity recovery insured" prior to the policy period or after the policy period, whether or not such "identity theft" began or continued during the policy period.

6.  Loss arising from an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity recovery insured."

7.  Loss arising from an "identity theft" that is not reported in writing to the police.

### LIMITS

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $25,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12-month period starting with the beginning of the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Legal costs as provided under item d. of the definition of "identity theft expenses" are part of, and not in addition to, the Expense Reimbursement coverage limit.

### DEDUCTIBLE

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is subject to an annual aggregate deductible per "identity recovery insured" of $500. Any one "identity recovery insured" shall be responsible for only one deductible under this Identity Recovery Coverage during any one policy period.

### CONDITIONS

The following additional conditions apply to this coverage:

**A.  Assistance and Claims**

    For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-888-772-1796**.

    The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

    1.  Information and advice for how to respond to a possible "identity theft"; and

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

2. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

The "identity recovery insured" must submit the applicable form to request Case Management Service or Expense Reimbursement Coverage.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity theft expenses."

**B. Computer Security**

It is the responsibility of each "identity recovery insured" to use and maintain his or her computer system security, including personal firewalls, anti-virus software and proper disposal of used hard drives.

**C. Services**

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:.

1. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2. We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

1. **"Identity Recovery Case Manager"** means one or more  individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the  permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2. **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

"Identity theft" does not include the unauthorized use of a valid credit card, credit account or bank account. However, "identity theft" does include the fraudulent alteration of  account profile information, such as the address to which statements are sent.

3. **"Identity Theft Expenses"** means the following when they are reasonable and necessary expenses that are incurred in the United States or Canada as a direct result of an "identity theft":

a. Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

b. Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

c. Costs for up to six credit reports from established credit bureaus (with no more than two reports from any one credit bureau) dated within 12 months after your knowledge or discovery of an "identity theft."

d. Fees and expenses for an attorney appointed by us for:

(1) Defending any civil suit brought against an "identity recovery insured" by a creditor or collection agency or entity acting on behalf of a creditor for non-payment of goods or services or default on a loan as a result of an "identity theft"; and

(2) Removing any civil judgment wrongfully entered against an "identity recovery insured" as a result of the "identity theft."

4. **"Identity Recovery Insured"** means the following:

a. When the business insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

b. When the business insured under this policy is a partnership, the "identity recovery insureds" are all partners listed on this policy as insureds.

c. When the business insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured business. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be the chief executive of the insured entity.

An "identity recovery insured" must always be an individual person. The business insured under this policy is not an "identity recovery insured."

All other provisions of this policy apply.

# Commercial Auto Forms

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

COMMERCIAL AUTO
CA 00 01 12 90

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION V – DEFINITIONS.

## SECTION I – COVERED AUTOS

ITEM TWO of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos." The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos."

**A. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS**

**SYMBOL          DESCRIPTION**

**1 =** ANY "AUTO."

**2 =** OWNED "AUTOS" ONLY. Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins.

**3 =** OWNED PRIVATE PASSENGER "AUTOS" ONLY. Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins.

**4 =** OWNED "AUTOS" OTHER THAN PRIVATE PASSENGER "AUTOS" ONLY. Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins.

**5 =** OWNED "AUTOS" SUBJECT TO NO-FAULT. Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged.

**6 =** OWNED "AUTOS" SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

**7 =** SPECIFICALLY DESCRIBED "AUTOS." Only those "autos" described in ITEM THREE of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in ITEM THREE).

**8 =** HIRED "AUTOS" ONLY. Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your employees or partners or members of their households.

**9 =** NONOWNED "AUTOS" ONLY. Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your employees or partners or members of their households but only while used in your business or your personal affairs.

**B. OWNED AUTOS YOU ACQUIRE AFTER THE POLICY BEGINS**

**1.** If symbols 1, 2, 3, 4, 5 or 6 are entered next to a coverage in ITEM TWO of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**2.** But, if symbol 7 is entered next to a coverage in ITEM TWO of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

**a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

**b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. CERTAIN TRAILERS, MOBILE EQUIPMENT AND TEMPORARY SUBSTITUTE AUTOS

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

**1.** "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

**2.** "Mobile equipment" while being carried or towed by a covered "auto."

**3.** Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** "Loss"; or

**e.** Destruction.

## SECTION II – LIABILITY COVERAGE

### A. COVERAGE

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto."

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident."

We have the right and duty to defend any "suit" asking for such damages or a "covered pollution cost or expense." However, we have no duty to defend "suits" for "bodily injury" or "property damage" or a "covered pollution cost or expense" not covered by this Coverage Form. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

### 1. WHO IS AN INSURED

The following are "insureds":

**a.** You for any covered "auto."

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto." This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your employee if the covered "auto" is owned by that employee or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**(4)** Anyone other than your employees, partners, a lessee or borrower or any of their employees, while moving property to or from a covered "auto."

**(5)** A partner of yours for a covered "auto" owned by him or her or a member of his or her household.

Copyright, Insurance Services Office, Inc., 1990, 1991

CA 00 01 12 90      □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **COVERAGE EXTENSIONS**

   a. Supplementary Payments. In addition to the Limit of Insurance, we will pay for the "insured":

   (1) All expenses we incur.

   (2) Up to $250 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

   (3) The cost of bonds to release attachments in any "suit" we defend, but only for bond amounts within our Limit of Insurance.

   (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earning up to $100 a day because of time off from work.

   (5) All costs taxed against the "insured" in any "suit" we defend.

   (6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

   b. Out-of-State Coverage Extensions.

   While a covered "auto" is away from the state where it is licensed we will:

   (1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

   (2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

   We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **EXCLUSIONS**

   This insurance does not apply to any of the following:

   1. **EXPECTED OR INTENDED INJURY**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured."

   2. **CONTRACTUAL**

   Liability assumed under any contract or agreement.

   But this exclusion does not apply to liability for damages:

   a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

   b. That the "insured" would have in the absence of the contract or agreement.

   3. **WORKERS' COMPENSATION**

   Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

   4. **EMPLOYEE INDEMNIFICATION AND EMPLOYER'S LIABILITY**

   "Bodily injury" to:

   a. An employee of the "insured" arising out of and in the course of employment by the "insured"; or

   b. The spouse, child, parent, brother or sister of that employee as a consequence of paragraph **a.** above.

   This exclusion applies:

   (1) Whether the "insured" may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

   But this exclusion does not apply to "bodily injury" to domestic employees not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract."

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

5. **FELLOW EMPLOYEE**

"Bodily injury" to any fellow employee of the "insured" arising out of and in the course of the fellow employee's employment.

6. **CARE, CUSTODY OR CONTROL**

"Property damage" to or "covered pollution cost or expense" involving property transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **HANDLING OF PROPERTY**

"Bodily injury" or "property damage" resulting from the handling of property:

   **a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

   **b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured."

8. **MOVEMENT OF PROPERTY BY MECHANICAL DEVICE**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto."

9. **OPERATIONS**

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

10. **COMPLETED OPERATIONS**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

   **a.** Work or operations performed by you or on your behalf; and

   **b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

   **(1)** When all of the work called for in your contract has been completed.

   **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

   **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. **POLLUTION**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   **a.** That are, or that are contained in any property that is:

   **(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

   **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

   **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

   **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

   **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Copyright, Insurance Services Office, Inc.,  1990, 1991

CA 00 01 12 90     ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. WAR**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**C. LIMIT OF INSURANCE**

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury," "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

## SECTION III – PHYSICAL DAMAGE COVERAGE

**A. COVERAGE**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

    **a.** Comprehensive Coverage. From any cause except:

        **(1)** The covered "auto's" collision with another object; or

        **(2)** The covered "auto's" overturn.

    **b.** Specified Causes of Loss Coverage. Caused by:

        **(1)** Fire, lightning or explosion;

        **(2)** Theft;

        **(3)** Windstorm, hail or earthquake;

        **(4)** Flood;

        **(5)** Mischief or vandalism; or

        **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto."

    **c.** Collision Coverage. Caused by:

        **(1)** The covered "auto's" collision with another object; or

        **(2)** The covered "auto's" overturn.

**2.** Towing.

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3.** Glass Breakage – Hitting a Bird or Animal – Falling Objects or Missiles.

If you carry Comprehensive Coverage for the damaged covered "auto," we will pay for the following under Comprehensive Coverage:

    **a.** Glass breakage;

    **b.** "Loss" caused by hitting a bird or animal; and

    **c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. Coverage Extension. We will pay up to $15 per day to a maximum of $450 for transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss."

## B. EXCLUSIONS

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. Nuclear Hazard.

      (1) The explosion of any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   b. War or Military Action.

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. Other Exclusions.

   a. We will not pay for "loss" to any of the following:

      (1) Tape decks or other sound reproducing equipment unless permanently installed in a covered "auto."

      (2) Tapes, records or other sound reproducing devices designed for use with sound reproducing equipment.

      (3) Sound receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "auto" manufacturer for the installation of a radio.

      (4) Equipment designed or used for the detection or location of radar.

   b. We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

      (1) Wear and tear, freezing, mechanical or electrical breakdown.

      (2) Blowouts, punctures or other road damage to tires.

## C. LIMIT OF INSURANCE

The most we will pay for "loss" in any one "accident" is the lesser of:

1. The actual cash value of the damaged or stolen property as of the time of the "loss"; or

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

## D. DEDUCTIBLE

For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

Copyright, Insurance Services Office, Inc., 1990, 1991          CA 00 01 12 90   □

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. LOSS CONDITIONS**

**1. APPRAISAL FOR PHYSICAL DAMAGE LOSS**

If you and we disagree on the amount of "loss," either may demand an appraisal of the "loss." In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS**

**a.** In the event of "accident," claim, "suit" or "loss," you must give us or our authorized representative prompt notice of the "accident" or "loss." Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit."

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit."

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. LOSS PAYMENT – PHYSICAL DAMAGE COVERAGES**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**5. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. GENERAL CONDITIONS**

**1. BANKRUPTCY**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. LIBERALIZATION**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. NO BENEFIT TO BAILEE – PHYSICAL DAMAGE COVERAGES**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. OTHER INSURANCE**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you hire or borrow is deemed to be a covered "auto" you own.

**c.** Regardless of the provisions of paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract."

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. PREMIUM AUDIT**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

Copyright, Insurance Services Office, Inc.,  1990, 1991       CA 00 01 12 90    ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**7. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico; and

**d.** Canada.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident," the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage."

**B.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads but does not include "mobile equipment."

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand or order; or

**2.** Any claim or "suit" by or on behalf of a governmental authority demanding

that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment."

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**F.** "Insured contract" means:

   **1.** A lease of premises;

   **2.** A sidetrack agreement;

   **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your employees, of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your employees to pay for "property damage" to any "auto" rented or leased by you or any of your employees.

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; or

   **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver; or

   **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**G.** "Loss" means direct and accidental loss or damage.

**H.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **2.** Vehicles maintained for use solely on or next to premises you own or rent;

   **3.** Vehicles that travel on crawler treads;

   **4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

     **a.** Power cranes, shovels, loaders, diggers or drills; or

     **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers.

   **5.** Vehicles not described in paragraphs **1., 2., 3.,** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

     **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

     **b.** Cherry pickers and similar devices used to raise or lower workers.

  Copyright, Insurance Services Office, Inc., 1990, 1991  CA 00 01 12 90   □

6. Vehicles not described in paragraphs **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

   **(1)** Snow removal;

   **(2)** Road maintenance, but not construction or resurfacing; or

   **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**I.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**J.** "Property damage" means damage to or loss of use of tangible property.

**K.** "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," or "covered pollution cost or expense," to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages or "covered pollution cost or expense" to which you must submit or submit with our consent.

**L.** "Trailer" includes semitrailer.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

CA 99 44 12 90

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS  PAYABLE  CLAUSE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> TRUCKERS COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto."

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

Copyright, Insurance Services Office, Inc., 1990

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

COMMERCIAL AUTO
CA 01 65 10 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage Extensions** is amended as follows:

The following is added to **Supplementary Payments:**

**(7)** Prejudgment interest awarded against the "insured" on the part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**B.** Paragraph **A.1.b.** of **Who Is An Insured** in **Section II – Liability Coverage** in the Business Auto Coverage Form, Motor Carrier Coverage Form and Truckers Coverage Form is changed by adding the following:

**(6)** If you are an individual, any member of your household, other than your spouse, who is related to you by blood or adoption, including a ward or foster child, who owns an "auto".

Paragraph **a.(2)** of **Who Is An Insured** in **Section II – Liability Coverage** in the Garage Coverage Form is changed by adding the following:

**(f)** If you are an individual, any member of your household, other than your spouse, who is related to you by blood or adoption, including a ward or foster child, who owns an "auto".

**C. Liability Coverage** for a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Missouri is changed as follows:

**1.** If your business is other than selling, repairing or servicing "autos":

**a.** The Care, Custody Or Control Exclusion does not apply to "property damage" to or "covered pollution cost or expense" involving an "auto" loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing "autos" as a temporary substitute for an "auto" you own.

**b.** The following is added to the **Other Insurance** Condition in the Business Auto, Business Auto Physical Damage and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance** Provisions in the Truckers and Motor Carrier Coverage Forms:

Liability Coverage is primary for any temporary substitute for an "auto" you own if the substitute "auto" is operated by an "insured" and is loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing "autos".

© ISO Properties, Inc., 2006

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**2.** If your business is selling, repairing or servicing "autos", the following is added to the **Other Insurance** Condition in the Business Auto, Business Auto Physical Damage and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance** Provisions in the Truckers and Motor Carrier Coverage Forms:

Liability Coverage is excess for any "auto" you own if operated by a customer to whom you have loaned the "auto", with or without consideration, as a temporary substitute for an "auto" owned by the customer.

**D.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

If you and we disagree on the amount of "loss", both parties may agree to an appraisal of the "loss" and to be bound by the results of that appraisal. If both parties so agree, then each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**E.** The following is added to the **Concealment, Misrepresentation And Fraud** Condition:

With respect to Liability Coverage, this Condition only applies in excess of the minimum limits of liability required by the Missouri Financial Responsibility Laws.

**F. Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

**1.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**2.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**a.** Claims covered by the Association do not include a claim by or against an "insured" of an insolvent insurer, if the "insured" has a net worth of more than $25 million on the later of the end of the "insured's" most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an "insured's" net worth on such date shall be deemed to include the aggregate net worth of the "insured" and all of its affiliates as calculated on a consolidated basis.

**b.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

**(1)** Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

**(2)** Return to an "insured" any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

COMMERCIAL AUTO
CA 01 66 03 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION EXCLUSION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Missouri, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**A.** The following is added to the **Pollution** Exclusion in **Section II – Liability Coverage** in the Business Auto, Motor Carrier and Truckers Coverage Forms and to the **Pollution Exclusion Applicable To "Garage Operations" – Covered "Autos"** in the Garage Coverage Form:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**B.** The following is added to the **Pollution Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos"** in **Section II – Liability Coverage** in the Garage Coverage Form or to any amendment to or replacement thereof:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**C.** If the Broadened Coverage – Garages Endorsement is attached to a Garage Coverage Form, then Exclusion **B.1.a.(15)** in the Broadened Coverage – Garages Endorsement is revised by the addition of the following:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**D.** If the Personal Injury Liability Coverage – Garages Endorsement is attached to a Garage Coverage Form, then Exclusion **B.1.h.** in the Personal Injury Liability Coverage – Garages Endorsement is revised by the addition of the following:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

COMMERCIAL AUTO
CA 02 19 03 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual, partnership or limited liability company and a covered "auto" you own is of the "private passenger type", and this policy covers fewer than five "autos" and does not insure the motor vehicle hazard of garages, motor vehicle sales agencies, repair shops, service stations or public parking places, the Cancellation Common Policy Condition does not apply to that "auto". The following Condition applies instead:

**ENDING THIS POLICY**

**1. Cancellation**

   **a.** You may cancel the policy by returning it to us or by giving us advance notice of the date cancellation is to take effect.

   **b.** If this policy has been in effect for 60 days or less and is not a renewal or continuation policy, we may cancel for any reason. If we cancel, we will mail you at least 10 days notice.

   **c.** When this policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

      **(1)** Nonpayment of premium. If we cancel for this reason, we will mail you at least 10 days notice.

      **(2)** If you are an individual, partnership or limited liability company and your driver's license has been suspended or revoked during the policy period. If we cancel for this reason, we will mail you at least 60 days notice. However, we may not cancel if you are more than one person, but only one person's license has been suspended or revoked. Instead we may exclude coverage for that person while operating a covered "auto" during a period of suspension or revocation.

      **(3)** If you are an individual, we replace this policy with another one providing similar coverages and the same limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

   **d.** If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. However, making or offering to make the refund is not a condition of cancellation. If you cancel, the refund may be less than pro rata. If we cancel, the refund will be pro rata.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**e.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**f.** Our notice of cancellation will state the actual reason for cancellation unless the cancellation is due to nonpayment of premium.

**2. Nonrenewal**

**a.** If we decide not to renew or continue this policy, we will mail you notice at least 60 days before the end of the policy period. If the policy period is other than one year, we will have the right not to renew or continue it only at the anniversary of its original effective date. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**b.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, the coverages provided by this policy will end on the effective date of any similar coverages provided by the other insurance.

**c.** Our notice of nonrenewal will state the actual reason for nonrenewal unless the nonrenewal is due to nonpayment of premium.

**3. Mailing Of Notices**

Any notice of cancellation or nonrenewal will be mailed by United States post office certificate of mailing to your last known mailing address. Proof of mailing of any notice will be sufficient proof of notice.

**B.** For "autos" not described in Paragraph **A.** above:

**1.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

**(1)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

**(2)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

**(3)** We become insolvent; or,

**(4)** We involuntarily lose reinsurance for this policy.

**c.** 60 days before the effective date of cancellation if we cancel for any other reason.

**2.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least sixty days prior to the effective date of the nonrenewal.

**2.** If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, ISO Properties, Inc.,  2002

**CA 02 19 03 03**          ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

COMMERCIAL AUTO
CA 99 03 03 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© ISO Properties, Inc., 2005

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

2. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

   © ISO Properties, Inc., 2005   CA 99 03 03 06   ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

COMMERCIAL AUTO
CA 23 85 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© ISO Properties, Inc., 2004

CA 23 85 01 06      ☐

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 03 06 89
Copyright, Insurance Services Office, Inc., 1983, 1988
Copyright, ISO Commercial Risk Services, Inc., 1983, 1988

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1982, 1983

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

   **A.**  Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)**  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)**  Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.**  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.**  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)**  The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)**  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)**  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## POLICYHOLDER NOTICE

Meeting Notice:  Midwest Family Mutual Insurance Company is a "Mutual" form of insurance company.  As a Policyholder, you are a "Member" of the company and have the right to influence the business of the company.  Each Policyholder "member" is entitled to one vote regarding any company business conducted at this Annual Meeting.

The Company's annual meeting is held at its Home Office located at 1711 Osceola Avenue, Chariton, Iowa at 10 a.m. on the third Monday in August each year. Attendance and participation via video-teleconferencing service will also be made available at Midwest Family Mutual Insurance Company's Regional Office at 3033 Campus Drive, Plymouth, Minnesota.

President                                    Secretary

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Midwest Family Mutual Insurance Company**

## *Privacy Policy Notice*

To Our Customers:

Midwest Family Mutual values you as a customer and has always safeguarded the information that is collected in order to provide you with the best possible products and services.  Federal legislation, the Gramm-Leach-Bliley Financial Modernization Act of 1999, now requires that we formally advise of this.

You provide us with most of the information about you that we use in evaluating your application and servicing your insurance policy.  We may collect non-public personal information about you from any of the following sources:  Information from you on application or other forms or in other transactions with us; our agents; or information we receive from a consumer reporting agency.  Depending on the nature of your coverage, we may collect information about you from third parties, such as other persons proposed for coverage under your policy or the State Motor Vehicle Department concerning your driving record.

We do not disclose any non-public information about our customers or former customers to anyone, except as permitted by law.  In some cases this may mean information can be disclosed to third parties without your authorization.  This is only done within the law and with parties that facilitate the underwriting of risk, settlement of claims, reinsurance of these functions or to comply with regulatory requirements.  We do not release information for any marketing purpose.

We restrict access to information about you to employees or agents to allow them to provide you with products or to provide you benefits or services under them.  We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your non-public personal information.

You have the right to obtain access to certain items of information we have collected about you, and you have the further right to request correction of information if you feel it is inaccurate.

We would also be pleased to tell you about our policies and procedures for the privacy of your information.  For a copy of our privacy policy or to access your information, please contact us in one of the following ways:

Midwest Family Mutual Insurance Company
3033 Campus Drive STE 195E
Plymouth, MN   55441
Tel:  763-951-7000
Toll Free:  1-800-225-5636
Fax:  763-951-7092
Email:   www.midwestfamily.com

**PRIV NTC  07/01**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

POLICY NUMBER:                                              **COMMERCIAL AUTO**
                                                           **CA 21 04 03 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI UNINSURED MOTORISTS COVERAGE

For a covered "auto" registered or principally garaged in, or "garage operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |
| **Countersignature Of Authorized Representative** |
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

**SCHEDULE**

| |
|---|
| **Limit Of Insurance:   $**                          **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members". However, this does not include any "family member", other than the Named Insured's spouse, who owns an "auto".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent, if the settlement or judgment prejudices our right to recover payment.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by any person while "occupying" or struck by any vehicle owned by the Named Insured or if the Named Insured is an individual, any "family member", that is not a covered "auto". However, this exclusion does not apply to an individual Named Insured.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

   However, if "bodily injury" to which this coverage applies is sustained by any person other than an individual Named Insured or any "family member", the Limit of Insurance shown in the Schedule or Declarations for this coverage is also the most we will pay regardless of the number of covered "autos".

2. If there are two or more covered "autos" that are not trailers, and "bodily injury" is sustained by an individual Named Insured or any "family member", our Limit of Insurance for any one "accident" is the sum of the limits applicable to each covered "auto" which is not a "trailer". Subject to this maximum limit of liability for all damages:

   a. The most we will pay for all damages sustained in such "accident" by an "insured" other than an individual Named Insured or any "family member" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations for this coverage, at the time of the "accident".

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**b.** An individual Named Insured or any "family member" who sustains "bodily injury" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all "insureds".

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible. However, this does not include any amounts paid or payable under medical payments or any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The conditions are changed for Missouri Uninsured Motorists Coverage as follows:

**1.** The reference in **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**4.** The following condition is added:

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**5. Two Or More Coverage Forms Or Policies Issued By Us** does not apply.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" to an "insured" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying". The facts of the "accident" must be proved. We may request supporting evidence beyond the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

**b.** Designed for use mainly off public roads while not on public roads.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

POLICY NUMBER:

**COMMERCIAL AUTO**
**CA 31 04 09 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:   $**                                      **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

    **a.** The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

    **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

        **(1)** Have been given prompt written notice of such tentative settlement; and

        **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    **a.** The Named Insured and any "family members". However, this does not include any "family member", other than the Named Insured's spouse, who owns an "auto".

    **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**2.** "Bodily injury" sustained by any person while "occupying" or struck by any vehicle owned by the Named Insured or if the Named Insured is an individual, any "family member", that is not a covered "auto". However, this exclusion does not apply to an individual Named Insured.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** We will not pay for any element of "loss" if a person is entitled to receive duplicate payment under any of the following or similar law:

a. Workers' compensation law; or

b. Disability benefits law.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and this policy's Liability Coverage.

**4.** We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**E. Changes In Conditions**

The Conditions are changed for Missouri Underinsured Motorists Coverage as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

b. Subject to all other provisions of this policy, including but not limited to:

(1) Exclusion **C.2.** of this endorsement;

(2) Paragraph **D. Limit Of Insurance** of this endorsement;

(3) Paragraph **E.1.a.** of the **Other Insurance** condition of this endorsement; and

(4) The **Two Or More Coverage Forms Or Policies Issued By Us** condition of this policy:

any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

c. If the coverage under this coverage form is provided:

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved;

**b.** Promptly send us copies of the legal papers if a "suit" is brought; and

**c.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us to advance payment to that "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self insurer under any applicable motor vehicle law; or

**b.** Designed for use mainly off public roads while not on public roads.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

**22SL-CC02987**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



# MIDWEST FAMILY MUTUAL
# INSURANCE COMPANY
P.O. BOX 9425, Minneapolis, MN 55440-9425

```
PETS ALONE OF LINCOLN
PO BOX 462
TROY, MO 63379
```

# EXHIBIT B

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



**MIDWEST FAMILY GROUP**
**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**
**MIDWEST FAMILY ADVANTAGE INSURANCE COMPANY**

# Welcome to Midwest Family's Insured Portal!

Visit our secure website today at https://midwestfamily.com to get registered on the Midwest Family Insured Portal, specifically designed for your convenience to make online payments, print proof-of-insurance cards, review your policy, and much more!

## ✓ GET REGISTERED
- What you will need:  Your policy number(s) and policy ZIP code
- Go to **https://midwestfamily.com**
- Click on the "Register" tab located along the top right of the Home webpage

## ✓ REGISTRATION CONFIRMATION
- Upon successful Registration, the website will bring you to a "Site Registration" web page.
- An email will be sent to the email address that was provided when you registered. This email is required in order to complete the registration process.
- Once your email account is verified, you will be able to sign in to the Insured Portal website.

## ✓ SIGN IN
- Go to Midwest Family website at **https://midwestfamily.com/**
- Click on the "Sign In" link found under the MAIN MENU located on the left margin or by clicking on the "Sign In" tab.
- Enter your Username and Password that you created.  Remember to record this information for future use.  Click on the "Sign In" button.

## ✓ SET UP MIDWEST FAMILY ID SHIELD
- The ID Shield feature is an extra layer of security to ensure that you are accessing the website of Midwest Family and not a fake or an imposter site.

## ✓ OTHER FEATURES
- My Account Profile and Settings – ID Shield, password changes
- Proof of Insurance – Print ID Cards
- Make a Payment – Online payments with Credit Card or Electronic Check
- Payment History – View payments

www.midwestfamily.com
Copyright © 2018 Midwest Family Group

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

# Midwest Family Mutual Insurance Company

**Insuring Midwest Values Since 1891**

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**

P.O. BOX 9425 Minneapolis,MN 55440-9425

## Renewal Coverage Summary

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | *From* | *To* | | |
| CPMO0560116436 | 10/21/18 | 10/21/19 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

## Commercial Portfolio Policy Summary

This policy consists of the following coverage parts/policies for which a premium is indicated.
This premium may be subject to adjustment or final audit.

| Coverage Part/Policy Attached | Effective Date | Annual Premium | Prorated Premium |
|---|---|---|---|
| Businessowners Policy Coverages | 10/21/2018 – 10/21/2019 | $4,264.00 | $4,264.00 |
| Commercial Auto Coverages | 10/21/2018 – 10/21/2019 | $818.00 | $818.00 |
| **Policy Fees/Taxes** | | $.00 | $.00 |
| **Estimated Total Premium** | | $5,082.00 | $5,082.00 |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

CPMO0560116436



MIDWEST FAMILY MUTUAL
INSURANCE COMPANY

P.O. BOX 9425 Minneapolis,MN 55440-9425

## Businessowner's Policy

## Renewal Coverage Summary

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | *From* | *To* | | |
| CPMO0560116436 | 10/21/18 | 10/21/19 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

## Policy Summary

| *'X' IF SUPPLEMENTAL DECLARATION* | **X** | SUPPLEMENTAL DECLARATION |
|---|---|---|

| Business Description:<br>**Businessowners (not otherwise classified)** | Form of Business:<br>**Other** |
|---|---|

In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| **DESCRIBED PREMISES** | Forms Applicable: Special |
|---|---|

| Premises No.     Bldg. No.     Location | Mortgage Holder Name and Address |
|---|---|
| **SEE ATTACHED SUPPLEMENTAL DECLARATIONS** | **SEE ATTACHED SCHEDULE** |

| **PROPERTY** | PREM NO. | BLDG NO. | PREM NO. | BLDG NO. | PREM NO. | BLDG NO. |
|---|---|---|---|---|---|---|

**SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

Business Income/Extra Expense          **ACTUAL LOSS SUSTAINED**

Premium:          **Included**

Deductible $ **SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

**OPTIONAL COVERAGES**

**SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

**LIABILITY AND MEDICAL PAYMENTS**

Except for Damage to Premises Rented to You, each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to paragraph D.4 of the Businessowners Coverage Form.

| | Limits of Insurance |
|---|---|
| Liability and Medical Expenses | $2,000,000 Per Occurrence |
| Medical Expense | $1,000 Per Person |
| Damage to Premises Rented to You | $100,000 Any One Premises |
| Other Than Products/Completed Operations Aggregate | $4,000,000 |
| Products/Completed Operations Aggregate | $4,000,000 |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**TOTAL PREMIUM**                                    `$4,264.00`

**FORMS AND ENDORSEMENTS:  SEE ATTACHED SCHEDULE**

During the past three years no insurer has canceled any insurance issued to the name insured, similar to that afforded hereunder, unless otherwise stated herein.

*THESE DECLARATIONS, TOGETHER WITH THE COVERAGE FORM(S), COMMON POLICY CONDITIONS AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.*
Includes copyright material of Insurance Service Office, Inc., with its permission.

## Location Address(es)

| Prems. No. | Bldg. No. | Address |
|---|---|---|
| 1 | 1 | 4287 W HWY 47, HAWK POINT, MO, 63349 |
| 1 | 2 | 4287 W HWY 47, HAWK POINT, MO, 63349 (FENCE) |

## Description of Premises

| Prems. No. | Bldg. No. | Occupancy | Construction |
|---|---|---|---|
| 1 | 1 | Businessowners (not otherwise classified) | Frame |
| 1 | 2 | Businessowners (not otherwise classified) | Non-Combustible |

## Coverages

| Prems. No. | Bldg. No. | Coverages | Limit of Insurance | Automatic increase in Insurance | Ded |
|---|---|---|---|---|---|
| 1 | 1 | Building - RC | $424,000 | 6% | $1,000 |
| 1 | 1 | Personal Property/Contents - RC | $53,000 | 6% | $1,000 |
| 1 | 2 | Building - RC | $10,600 | 6% | $1,000 |

## Optional Coverages

| Prems. No. | Bldg. No. | Coverages | Limit | Ded |
|---|---|---|---|---|
| 1 | 1 | Equipment Breakdown deductible ---- total sublimit on: $424,000 expediating expenses perishable good computer equipment hazardous substances | $424,000 | $1,000 |
| 1 | 1 | Advantage and Plus | | |

## Form Schedule

*Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:*

FORMS APPLICABLE TO ALL PREMISES AND COVERAGES

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| MFM ML1 | 04-05 | Amendatory Endorsement #1 | | | | |
| MFM ML2 | 04-05 | Amendatory Endorsement #2 | | | $2,000,000 | $400.00 |
| 000-BOP | 07-15 | Businessowners Forms | | | | |
| BOP0882 | 11-01 | Bodily Injury Property Damage due to Mold Exc | | | | |
| BOP0996 | 05-00 | Deductible Clause | | | | |
| BOP05 15 | 01-15 | Disclosure Pursuant to Terrorism Risk Ins Act | | | | |
| BOP05 16 | 01-15 | MO-Disclosure Pursuant to Terr | | | | |

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| | | Risk Ins Act | | | | |
| BP0417 | 01-10 | Employment-Related Practices Exclusion | | | | |
| BP0517 | 01-06 | Exclusion - Silica or Silica-Related Dust | | | | |
| BP 00 03 | 01-10 | Businessowners Coverage Form | | | | |
| BP 01 11 | 11-13 | Missouri Changes | | | | |
| BP 01 57 | 10-08 | Missouri Changes-Pollution Exclustion | | | | |
| BP 05 01 | 07-02 | Calculation of Premium | | | | |
| BP 05 23 | 01-15 | Cap Losses from Certified Acts of Terrorism | | | | |
| BP 15 04 | 05-14 | Excl - Access/Disclosure of Confidential Info | | | | |
| BP0526M | 01-16 | Excl of Certified Acts of Terrorism Inv N/B/C | | | | |
| MFM 001 | 05-18 | Policyholder Notice | | | | |
| MFMBP-02 | 09-15 | Asbestos Exclusion | | | | |
| PRIV NTC | 03-18 | Privacy Policy Notice | | | | |
| BOP0011 | 09-15 | Businessowner's Advantage Plus Endorsement | | | | |
| BOP0026 | 01-16 | Equipment Breakdown Coverage | | | | |
| BOP 0012 | 01-16 | Businessowners Advantage Endorsement | | | | |
| BP1003 | 07-13 | Earthquake | | | | $138.00 |
| MFM CL00 | 04-15 | Cyber Liability - MFM NetGuard Plus | | | 50,000 | $65.00 |
| MFMIL005 | 09-15 | Business Income/Extra Expense Limit | | | | |
| IR 08 84 | 03-18 | Commercial (BOP/Garage) Identity Recovery Cov | LOC 1 | $500 | 25,000 | $27.00 |

BP 00 00 01-18

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

# MFM Midwest Family Mutual Insurance Company

**Insuring Midwest Values Since 1891**

### MIDWEST FAMILY MUTUAL INSURANCE COMPANY
P.O. BOX 9425 Minneapolis, MN 55440-9425

## Commercial Auto Policy

## Renewal Coverage Summary

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | *From* | *To* | | |
| CPMO0560116436 | 10/21/18 | 10/21/19 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## Item Two - Schedule of Coverages and Covered Autos

*This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those autos shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.*

| Coverages | Covered Autos (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | Limit The most we will pay for any one accident or loss | Premium |
|---|---|---|---|
| **Liability** | | | |
| CSL (BI ) | 7 8 9 | $1,000,000 | $493 |
| **Medical Payments** | | | |
| Medical Payments | 7 | $5,000 policy limit | $59 |
| **Uninsured Motorist** | | | |
| Bodily Injury | 7 | $1,000,000 policy limit | $72 |
| **Underinsured Motorist** | | | |
| Bodily Injury | 7 | $1,000,000 policy limit | $90 |
| **Physical Damage** | | | |
| Comprehensive | 7 | ** SEE FOLLOWING NOTATION | $36 |
| Collision | 7 | ** SEE FOLLOWING NOTATION | $68 |
| | | **Total Estimated Policy Premium** | **$818** |

**      Actual cash value or cost of repair, whichever is less, minus the deductible shown in Item Three Schedule for each covered auto. See Item Four for Hired or Borrowed "Autos".

## Item Three - Schedule of Covered Autos

### Vehicle 1  -  2013 CHEV EXPRESS VAN

*CPMO0560116436*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

| VIN | Cost New | Stated Amt | Territory | State | Symbol |
|---|---|---|---|---|---|
| 1GCSGAFX5D1190506 | $14,900 | | 129 | MO | |

| Radius | Usage | GWV/GVC | Age | Class | Liability | Phy. Dam. |
|---|---|---|---|---|---|---|
| | | | | | Primary Rating Factor | |
| Local | Comml | | 6 | 03199 | | |

| Coverage Description | Deductible | Premium |
|---|---|---|
| CSL (BI & PD) | | $413 |
| Collision | $1,000 | $68 |
| Comprehensive | $1,000 | $36 |
| Total Per Auto | | **$517** |

## Item Four - Schedule of Hired/Borrowed Covered Auto

| Coverage Liability | Limit | Rate | Est Cost of Hire | Premium |
|---|---|---|---|---|
| CSL (BI ) | $1,000,000 | 0 | IF ANY | $59 |
| | | | Total Premium: | **$280** |

*"Cost of hire" means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property*

## Item Five - Schedule for Non-Ownership Liability

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| ANIMAL SHELTER | Number of Employees | 1 | $21 |
| | | Total Premium: | **$21** |

## Item Six - Schedule for UM/UIM and Med Pay Liability

| Coverage | Policy Limit | Rating Basis | Number | Premium |
|---|---|---|---|---|
| Uninsured Motorist | $1,000,000 | Number of Drivers | 2 | $72 |
| Underinsured Motorist | $1,000,000 | Number of Drivers | 2 | $90 |
| Medical Payments | $5,000 | Number of Drivers | 2 | $59 |
| | | | Total Premium: | **$221** |

## Garaging

| Veh | Address | City | State | Terr |
|---|---|---|---|---|
| 1 | 4287 W HIGHWAY 47 | Hawk Point | MO | 129 |

## Form Schedule

*Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:*

### FORMS APPLICABLE TO ALL PREMISES AND COVERAGES

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| 000-AUT | 07-15 | Commercial Auto Forms | | | | |
| CA0001 | 12-90 | Business Auto Coverage Form | ALL | | | |
| CA9944 | 12-90 | Loss Payable Clause | ALL | | | |
| CA 01 65 | 10-06 | Missouri Changes | ALL | | | |
| CA 01 66 | 03-06 | Missouri Changes-Pollution Exclusion | ALL | | | |
| CA 02 19 | 03-03 | Indiana Changes-Cancellation/Nonrenewal | ALL | | | |
| CA 99 03 | 03-06 | Auto Medical Payments Coverage | ALL | | | |
| CA-23-85 | 01-06 | Exclusion of Terrorism Involving N/B/C | ALL | | | |
| IL0003 | 06-89 | Calculation of Premium | ALL | | | |
| IL0017 | 11-85 | Common Policy Conditions | ALL | | | |

CPMO0560116436

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|------|---------|-------------|----------|-----|-------|---------|
| IL 00 21 | 09-08 | Nuclear Energy Liability Excl Endt-Broad Form | ALL | | | |
| MFM 001 | 05-18 | Policyholder Notice | ALL | | | |
| PRIV NTC | 03-18 | Privacy Policy Notice | ALL | | | |
| CA 21 04 | 03-06 | Missouri Uninsured Motorists Coverage | | | | |
| CA 31 04 | 09-10 | MO Underinsured Motorists Coverage Limits | | | | |

*\* $20.0 NSF fee will apply on returned Checks/EFT payments.*

*\* $25.0 per policy reinstatement fee may also apply on cancelled policies as a result of returned Checks/EFT payments. per policy reinstatement fee may also apply on cancelled policies as a result of returned Checks/EFT payments.*

CA 00 00 01-18

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**



P.O. BOX 9425   MINNEAPOLIS, MN 55440
**INSURANCE IDENTIFICATION CARD**
**MISSOURI**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| CPMO0560116436 | 10/21/2018 | 10/21/2019 |

**DESCRIPTION OF VEHICLE**

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| 2013 | CHEV EXPRESS VA | 1GCSGAFX5D1190506 |

**AGENCY/COMPANY ISSUING CARD**

K FLYNN INSURANCE AGENCY
Phone: 636 528 6363

**INSURED:** PETS ALONE OF LINCOLN
PO BOX 462
TROY MO 63379

**SEE IMPORTANT INFORMATION ON REVERSE SIDE**

---

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**



P.O. BOX 9425   MINNEAPOLIS, MN 55440
**INSURANCE IDENTIFICATION CARD**
**MISSOURI**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| CPMO0560116436 | 10/21/2018 | 10/21/2019 |

**DESCRIPTION OF VEHICLE**

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| 2013 | CHEV EXPRESS VA | 1GCSGAFX5D1190506 |

**AGENCY/COMPANY ISSUING CARD**

K FLYNN INSURANCE AGENCY
Phone: 636 528 6363

**INSURED:** PETS ALONE OF LINCOLN
PO BOX 462
TROY MO 63379

**SEE IMPORTANT INFORMATION ON REVERSE SIDE**

**THIS CARD MUST BE CARRIED IN THE INSURED
MOTOR VEHICLE FOR PRODUCTION UPON DEMAND**

**IF YOU HAVE AN ACCIDENT – NOTIFY POLICE IMMEDIATELY**

If anyone is injured please call 911.  Obtain the following information:

1 .  Name, address, and telephone number of each driver, passenger and witness.

2.  Name of Insurance Company, policy number and vehicle license plate numbers for each vehicle involved.

**Important:**  Do not discuss the accident with anyone except your Agent/Company or Police.  Do not admit fault.

If accident involves bodily injury please call your MFM agent at once.  If you can't reach your agent call toll free 1-800-225-5636. In less serious cases report the accident to your agent as soon as convenient.

**THIS CARD MUST BE CARRIED IN THE INSURED
MOTOR VEHICLE FOR PRODUCTION UPON DEMAND**

**IF YOU HAVE AN ACCIDENT – NOTIFY THE POLICE IMMEDIATELY**

If anyone is injured please call 911.  Obtain the following information:

1 .  Name, address, and telephone number of each driver, passenger and witness.

2.  Name of Insurance Company, policy number and vehicle license plate numbers for each vehicle involved.

**Important:**  Do not discuss the accident with anyone except your Agent/Company or Police.  Do not admit fault.

If accident involves bodily injury please call your MFM agent at once.  If you can't reach your agent call toll free 1-800-225-5636. In less serious cases report the accident to your agent as soon as convenient.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**MFM ML1 04-05**

**Amendatory Endorsement #1**

MIDWEST FAMILY MUTUAL INSURANCE COMPANY

INSURED: PETS ALONE OF LINCOLN

POLICY NUMBER: CPMO0560116436

THIS ENDORSEMENT CHANGES YOUR POLICY; PLEASE READ IT CAREFULLY

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

(GENERAL LIABILITY)

IT IS HEREBY UNDERSTOOD AND AGREED THAT MEDICAL PAYMENT COVERAGES FOR VOLUNTEERS HAVE BEEN EXCLUDED OR REMOVED FROM THIS POLICY

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Amendatory Endorsement #2**

MFM ML2 04-05

MIDWEST FAMILY MUTUAL INSURANCE COMPANY

INSURED: PETS ALONE OF LINCOLN

POLICY NUMBER: CPMO0560116436

THIS ENDORSEMENT CHANGES YOUR POLICY; PLEASE READ IT CAREFULLY

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

(GENERAL LIABILITY)

IT IS HEREBY UNDERSTOOD AND AGREED THAT LIABILITY COVERAGE EXTENDS TO OFF-PREMISES EXPOSURES
CREATED BY SPECIAL EVENTS HELD FOR THE PURPOSE OF ANIMAL ADOPTION AND FUNDRAISING.

*Date 9/5/2018*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## POLICYHOLDER NOTICE

Meeting Notice:  Midwest Family Mutual Insurance Company is a "Mutual" form of insurance company.  As a Policyholder, you are a "Member" of the company and have the right to influence the business of the company.  Each Policyholder "member" is entitled to one vote regarding any company business conducted at this Annual Meeting.

The Company's annual meeting is held at its Home Office located at 4401 Westown Parkway, West Des Moines, Iowa at 10 a.m. on the third Monday in August each year.  Attendance and participation via video-teleconferencing service will also be made available at Midwest Family Mutual Insurance Company's Regional Office at 3033 Campus Drive, Plymouth, Minnesota.

President                                    Secretary

MFM 001  05-18

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Midwest Family Mutual Insurance Company**

## *Privacy Policy Notice*

To Our Customers:

Midwest Family Mutual values you as a customer and has always safeguarded the information that is collected in order to provide you with the best possible products and services.  Federal legislation, the Gramm-Leach-Bliley Financial Modernization Act of 1999, now requires that we formally advise of this.

You provide us with most of the information about you that we use in evaluating your application and servicing your insurance policy.  We may collect non-public personal information about you from any of the following sources:  Information from you on application or other forms or in other transactions with us; our agents; or information we receive from a consumer reporting agency.  Depending on the nature of your coverage, we may collect information about you from third parties, such as other persons proposed for coverage under your policy or the State Motor Vehicle Department concerning your driving record.

We do not disclose any non-public information about our customers or former customers to anyone, except as permitted by law.  In some cases this may mean information can be disclosed to third parties without your authorization.  This is only done within the law and with parties that facilitate the underwriting of risk, settlement of claims, reinsurance of these functions or to comply with regulatory requirements.  We do not release information for any marketing purpose.

We restrict access to information about you to employees or agents to allow them to provide you with products or to provide you benefits or services under them.  We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your non-public personal information.

You have the right to obtain access to certain items of information we have collected about you, and you have the further right to request correction of information if you feel it is inaccurate.

We would also be pleased to tell you about our policies and procedures for the privacy of your information.  For a copy of our privacy policy or to access your information, please contact us in one of the following ways:

<div align="center">

Midwest Family Mutual Insurance Company
4401 Westown Parkway, Suite 305
West Des Moines, IA  50266
Tel:  763-951-7000
Toll Free:  1-800-225-5636
Fax:  763-951-7092
Email: Service@midwestfamily.com

</div>

**PRIV NTC  03-18**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# IDENTITY RECOVERY COVERAGE

## IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

The following is added as an Additional Coverage to the Property section:

**IDENTITY RECOVERY COVERAGE**

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Theft Expense coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1. **Case Management Service**

   Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2. **Expense Reimbursement**

   Reimbursement of necessary and reasonable "identity theft expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

**EXCLUSIONS**

The following additional exclusions apply to this coverage:

We do not cover:

1. "Identity theft    expenses" incurred to restore a professional or business identity.

2. "Identity theft expenses" incurred due to any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others.

3. Loss other than "identity theft expenses".

4. "Identity theft expenses" arising from any "identity theft" by or with the knowledge of any relative or former relative of the "identity recovery insured."

5. Loss arising from an "identity theft" that is first discovered by the "identity recovery insured" prior to the policy period or after the policy period, whether or not such "identity theft" began or continued during the policy period.

6. Loss arising from an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity recovery insured."

7. Loss arising from an "identity theft" that is not reported in writing to the police.

**LIMITS**

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $25,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12-month period starting with the beginning of the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Legal costs as provided under item d. of the definition of "identity theft expenses" are part of, and not in addition to, the Expense Reimbursement coverage limit.

**DEDUCTIBLE**

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is subject to an annual aggregate deductible per "identity recovery insured" of $500. Any one "identity recovery insured" shall be responsible for only one deductible under this Identity Recovery Coverage during any one policy period.

**CONDITIONS**

The following additional conditions apply to this coverage:

**A. Assistance and Claims**

For assistance, the "identity recovery insured" should call **Midwest Family Mutual at 1-800-225-5636.**

**Midwest Family Mutual** can provide the "identity recovery insured" with:

1. Information and advice for how to respond to a possible "identity theft"; and

2. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

The "identity recovery insured" must submit the applicable form to request Case Management Service or Expense Reimbursement Coverage.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity theft expenses."

**B. Computer Security**

It is the responsibility of each "identity recovery insured" to use and maintain his or her computer system security, including personal firewalls, anti-virus software and proper disposal of used hard drives.

**C. Services**

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:.

1.  Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2.  We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

1.  **"Identity Recovery Case Manager"** means one or more  individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the  permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2.  **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

    "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

    "Identity theft" does not include the unauthorized use of a valid credit card, credit account or bank account. However, "identity theft" does include the fraudulent alteration of  account profile information, such as the address to which statements are sent.

3.  **"Identity Theft Expenses"** means the following when they are reasonable and necessary expenses that are incurred in the United States or Canada as a direct result of an "identity theft":

a.  Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

b.  Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

c.  Costs for up to six credit reports from established credit bureaus (with no more than two reports from

    any one credit bureau) dated within 12 months after your knowledge or discovery of an "identity theft."

d.  Fees and expenses for an attorney appointed by us for:

    (1)  Defending any civil suit brought against an "identity recovery insured" by a creditor or collection agency or entity acting on behalf of a creditor for non-payment of goods or services or default on a loan as a result of an "identity theft"; and

    (2)  Removing any civil judgment wrongfully entered against an "identity recovery insured" as a result of the "identity theft."

4.  **"Identity Recovery Insured"** means the following:

a.  When the business insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

b.  When the business insured under this policy is a partnership, the "identity recovery insureds" are all partners listed on this policy as insureds.

c.  When the business insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured business. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be the chief executive of the insured entity.

    An "identity recovery insured" must always be an individual person. The business insured under this policy is not an "identity recovery insured."

All other provisions of this policy apply.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## POLICYHOLDER NOTICE

Meeting Notice:  Midwest Family Mutual Insurance Company is a "Mutual" form of insurance company.  As a Policyholder, you are a "Member" of the company and have the right to influence the business of the company.  Each Policyholder "member" is entitled to one vote regarding any company business conducted at this Annual Meeting.

The Company's annual meeting is held at its Home Office located at 4401 Westown Parkway, West Des Moines, Iowa at 10 a.m. on the third Monday in August each year.  Attendance and participation via video-teleconferencing service will also be made available at Midwest Family Mutual Insurance Company's Regional Office at 3033 Campus Drive, Plymouth, Minnesota.

President                                    Secretary

MFM 001  05-18

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Midwest Family Mutual Insurance Company**

## *Privacy Policy Notice*

To Our Customers:

Midwest Family Mutual values you as a customer and has always safeguarded the information that is collected in order to provide you with the best possible products and services.  Federal legislation, the Gramm-Leach-Bliley Financial Modernization Act of 1999, now requires that we formally advise of this.

You provide us with most of the information about you that we use in evaluating your application and servicing your insurance policy.  We may collect non-public personal information about you from any of the following sources:  Information from you on application or other forms or in other transactions with us; our agents; or information we receive from a consumer reporting agency.  Depending on the nature of your coverage, we may collect information about you from third parties, such as other persons proposed for coverage under your policy or the State Motor Vehicle Department concerning your driving record.

We do not disclose any non-public information about our customers or former customers to anyone, except as permitted by law.  In some cases this may mean information can be disclosed to third parties without your authorization.  This is only done within the law and with parties that facilitate the underwriting of risk, settlement of claims, reinsurance of these functions or to comply with regulatory requirements.  We do not release information for any marketing purpose.

We restrict access to information about you to employees or agents to allow them to provide you with products or to provide you benefits or services under them.  We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your non-public personal information.

You have the right to obtain access to certain items of information we have collected about you, and you have the further right to request correction of information if you feel it is inaccurate.

We would also be pleased to tell you about our policies and procedures for the privacy of your information.  For a copy of our privacy policy or to access your information, please contact us in one of the following ways:

<div align="center">

Midwest Family Mutual Insurance Company
4401 Westown Parkway, Suite 305
West Des Moines, IA  50266
Tel:  763-951-7000
Toll Free:  1-800-225-5636
Fax:  763-951-7092
Email: Service@midwestfamily.com

</div>

**PRIV NTC  03-18**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

**22SL-CC02987**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



# MIDWEST FAMILY MUTUAL
# INSURANCE COMPANY
P.O. BOX 9425, Minneapolis, MN 55440-9425

```
PETS ALONE OF LINCOLN
PO BOX 462
TROY, MO 63379
```

**EXHIBIT C**                                        CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM



**MIDWEST FAMILY GROUP**
**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**
**MIDWEST FAMILY ADVANTAGE INSURANCE COMPANY**

# Welcome to Midwest Family's Insured Portal!

Visit our secure website today at https://midwestfamily.com to get registered on the Midwest Family Insured Portal, specifically designed for your convenience to make online payments, print proof-of-insurance cards, review your policy, and much more!

## ✓ GET REGISTERED
- What you will need:  Your policy number(s) and policy ZIP code
- Go to **https://midwestfamily.com**
- Click on the "Register" tab located along the top right of the Home webpage

## ✓ REGISTRATION CONFIRMATION
- Upon successful Registration, the website will bring you to a "Site Registration" web page.
- An email will be sent to the email address that was provided when you registered. This email is required in order to complete the registration process.
- Once your email account is verified, you will be able to sign in to the Insured Portal website.

## ✓ SIGN IN
- Go to Midwest Family website at **https://midwestfamily.com/**
- Click on the "Sign In" link found under the MAIN MENU located on the left margin or by clicking on the "Sign In" tab.
- Enter your Username and Password that you created.  Remember to record this information for future use.  Click on the "Sign In" button.

## ✓ SET UP MIDWEST FAMILY ID SHIELD
- The ID Shield feature is an extra layer of security to ensure that you are accessing the website of Midwest Family and not a fake or an imposter website.

## ✓ OTHER FEATURES
- My Account Profile and Settings – ID Shield, password changes
- Proof of Insurance – Print ID Cards
- Make a Payment – Online payments with Credit Card or Electronic Check
- Payment History – View payments

www.midwestfamily.com
Copyright © 2018 Midwest Family Group

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Midwest Family Mutual Insurance Company**

Insuring Midwest Values Since 1891

MIDWEST FAMILY MUTUAL
INSURANCE COMPANY

P.O. BOX 9425 Minneapolis,MN 55440-9425

## Renewal Coverage Summary

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | *From* | *To* | | |
| CPMO0560116436 | 10/21/19 | 10/21/20 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

## Commercial Portfolio Policy Summary

| Coverage Part/Policy Attached | Effective Date | Annual Premium | Prorated Premium |
|---|---|---|---|
| This policy consists of the following coverage parts/policies for which a premium is indicated.<br>This premium may be subject to adjustment or final audit. | | | |
| Businessowners Policy Coverages | 10/21/2019 - 10/21/2020 | $4,264.00 | $4,264.00 |
| Commercial Auto Coverages | 10/21/2019 - 10/21/2020 | $749.00 | $749.00 |
| **Policy Fees/Taxes** | | $.00 | $.00 |
| **Estimated Total Premium** | | $5,013.00 | $5,013.00 |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

CPMO0560116436



## Midwest Family Mutual Insurance Company

**Insuring Midwest Values Since 1891**

MIDWEST FAMILY MUTUAL
INSURANCE COMPANY
P.O. BOX 9425 Minneapolis,MN 55440-9425

## Businessowner's Policy

## Renewal Coverage Summary

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | *From* | *To* | | |
| CPMO0560116436 | 10/21/19 | 10/21/20 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

## Policy Summary

| *'X' IF SUPPLEMENTAL DECLARATION* | X | SUPPLEMENTAL DECLARATION |
|---|---|---|

| Business Description:<br>**Businessowners (not otherwise classified)** | Form of Business:<br>**Other** |
|---|---|

In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| **DESCRIBED PREMISES** | Forms Applicable: Special |
|---|---|

| Premises No.        Bldg. No.        Location | Mortgage Holder Name and Address |
|---|---|
| **SEE ATTACHED SUPPLEMENTAL DECLARATIONS** | **SEE ATTACHED SCHEDULE** |

| **PROPERTY** | PREM NO. | BLDG NO. | PREM NO. | BLDG NO. | PREM NO. | BLDG NO. |
|---|---|---|---|---|---|---|

**SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

| Business Income/Extra Expense | **ACTUAL LOSS SUSTAINED** |
|---|---|
| Premium: | **Included** |

**Deductible $ SEE ATTACHED SUPPLEMENTAL DECLARATIONS**

**OPTIONAL COVERAGES**

## SEE ATTACHED SUPPLEMENTAL DECLARATIONS

**LIABILITY AND MEDICAL PAYMENTS**

Except for Damage to Premises Rented to You, each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to paragraph D.4 of the Businessowners Coverage Form.

Limits of Insurance

| | |
|---|---|
| Liability and Medical Expenses | $2,000,000 Per Occurrence |
| Medical Expense | $1,000 Per Person |
| Damage to Premises Rented to You | $100,000 Any One Premises |
| Other Than Products/Completed Operations Aggregate | $4,000,000 |
| Products/Completed Operations Aggregate | $4,000,000 |

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

| | |
|---|---|
| **TOTAL PREMIUM** | **$4,264.00** |

## FORMS AND ENDORSEMENTS:  SEE ATTACHED SCHEDULE

During the past three years no insurer has canceled any insurance issued to the name insured, similar to that afforded hereunder, unless otherwise stated herein.

*THESE DECLARATIONS, TOGETHER WITH THE COVERAGE FORM(S), COMMON POLICY CONDITIONS AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.*
Includes copyright material of Insurance Service Office, Inc., with its permission.

## Location Address(es)

| Prems. No. | Bldg. No. | Address |
|---|---|---|
| 1 | 1 | 4287 W HWY 47, HAWK POINT, MO, 63349 |
| 1 | 2 | 4287 W HWY 47, HAWK POINT, MO, 63349 (FENCE) |

## Description of Premises

| Prems. No. | Bldg. No. | Occupancy | Construction |
|---|---|---|---|
| 1 | 1 | Businessowners (not otherwise classified) | Frame |
| 1 | 2 | Businessowners (not otherwise classified) | Non-Combustible |

## Coverages

| Prems. No. | Bldg. No. | Coverages | Limit of Insurance | Automatic increase in Insurance | Ded |
|---|---|---|---|---|---|
| 1 | 1 | Building - RC | $424,000 | 6% | $1,000 |
| 1 | 1 | Personal Property/Contents - RC | $53,000 | 6% | $1,000 |
| 1 | 2 | Building - RC | $10,600 | 6% | $1,000 |

## Optional Coverages

| Prems. No. | Bldg. No. | Coverages | Limit | Ded |
|---|---|---|---|---|
| 1 | 1 | Equipment Breakdown | $424,000 | $1,000 |
| | | deductible ---- | | |
| | | total sublimit on: $424,000 | | |
| | | expediating expenses | | |
| | | perishable good | | |
| | | computer equipment | | |
| | | hazardous substances | | |
| 1 | 1 | Advantage and Plus | | |

## Form Schedule

*Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:*

### FORMS APPLICABLE TO ALL PREMISES AND COVERAGES

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| MFM ML1 | 04-05 | Amendatory Endorsement #1 | | | | |
| MFM ML2 | 04-05 | Amendatory Endorsement #2 | | | $2,000,000 | $400.00 |
| 000-BOP | 07-15 | Businessowners Forms | | | | |
| BOP0882 | 11-01 | Bodily Injury Property Damage due to Mold Exc | | | | |
| BOP0996 | 05-00 | Deductible Clause | | | | |
| BOP05 15 | 01-15 | Disclosure Pursuant to Terrorism Risk Ins Act | | | | |
| BOP05 16 | 01-15 | MO-Disclosure Pursuant to Terr | | | | |

CPMO0560116436

Electronically Filed - St. Louis County - June 20, 2022 - 04:24 PM

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|------|---------|-------------|----------|-----|-------|---------|
| | | Risk Ins Act | | | | |
| BP0417 | 01-10 | Employment-Related Practices Exclusion | | | | |
| BP0517 | 01-06 | Exclusion - Silica or Silica-Related Dust | | | | |
| BP 00 03 | 01-10 | Businessowners Coverage Form | | | | |
| BP 01 11 | 11-13 | Missouri Changes | | | | |
| BP 01 57 | 10-08 | Missouri Changes-Pollution Exclustion | | | | |
| BP 05 01 | 07-02 | Calculation of Premium | | | | |
| BP 05 23 | 01-15 | Cap Losses from Certified Acts of Terrorism | | | | |
| BP 15 04 | 05-14 | Excl - Access/Disclosure of Confidential Info | | | | |
| BP0526M | 01-16 | Excl of Certified Acts of Terrorism Inv N/B/C | | | | |
| MFM 001 | 08-19 | Policyholder Notice | | | | |
| MFMBP-02 | 09-15 | Asbestos Exclusion | | | | |
| PRIV NTC | 03-18 | Privacy Policy Notice | | | | |
| BOP0011 | 09-15 | Businessowner's Advantage Plus Endorsement | | | | |
| BOP0026 | 01-16 | Equipment Breakdown Coverage | | | | |
| BOP 0012 | 01-16 | Businessowners Advantage Endorsement | | | | |
| BP1003 | 07-13 | Earthquake | | | | $138.00 |
| MFM CL00 | 04-15 | Cyber Liability - MFM NetGuard Plus | | | 50,000 | $65.00 |
| MFMIL005 | 09-15 | Business Income/Extra Expense Limit | | | | |
| IR 08 84 | 03-18 | Commercial (BOP/Garage) Identity Recovery Cov | LOC 1 | $500 | 25,000 | $27.00 |

BP 00 00 01-18

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

# Midwest Family Mutual Insurance Company

**Insuring Midwest Values Since 1891**[*]

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**
P.O. BOX 9425 Minneapolis,MN 55440-9425

## Commercial Auto Policy

## Renewal Coverage Summary

| Policy Number | Policy Period | | | Agent # |
|---|---|---|---|---|
| | From | To | | |
| CPMO0560116436 | 10/21/19 | 10/21/20 | 12:01 AM Standard Time | 03117 |

| Named Insured and Address | Agent |
|---|---|
| PETS ALONE OF LINCOLN<br>PO BOX 462<br>TROY, MO 63379 | K FLYNN INSURANCE AGENCY<br>112 PROFESSIONAL PARKWAY<br>TROY, MO 63379<br><br>Phone: (636)528-6363 |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## Item Two - Schedule of Coverages and Covered Autos

*This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those autos shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.*

| Coverages | Covered Autos (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos | Limit The most we will pay for any one accident or loss | Premium |
|---|---|---|---|
| **Liability** | | | |
| CSL (BI ) | 7 8 9 | $1,000,000 | $522 |
| **Medical Payments** | | | |
| Medical Payments | 7 | $5,000 policy limit | $31 |
| **Uninsured Motorist** | | | |
| Bodily Injury | 7 | $1,000,000 policy limit | $38 |
| **Underinsured Motorist** | | | |
| Bodily Injury | 7 | $1,000,000 policy limit | $48 |
| **Physical Damage** | | | |
| Comprehensive | 7 | ** SEE FOLLOWING NOTATION | $38 |
| Collision | 7 | ** SEE FOLLOWING NOTATION | $72 |
| | | **Total Estimated Policy Premium** | **$749** |

**      Actual cash value or cost of repair, whichever is less, minus the deductible shown in Item Three Schedule for each covered auto. See Item Four forHired or Borrowed "Autos".

## Item Three - Schedule of Covered Autos

### Vehicle 1  -  2013 CHEV EXPRESS VAN

CPMO0560116436

Electronically Filed - St. Louis County - June 20, 2022 - 04:24 PM

| VIN | Cost New | Stated Amt | Territory | State | Symbol |
|---|---|---|---|---|---|
| 1GCSGAFX5D1190506 | $14,900 | | 129 | MO | |

| Radius | Usage | GWV/GVC | Age | Class | Liability | Phy. Dam. |
|---|---|---|---|---|---|---|
| Local | Comml | | 6 | 03199 | Primary Rating Factor | |

| Coverage Description | Deductible | Premium |
|---|---|---|
| CSL (BI & PD) | | $437 |
| Collision | $1,000 | $72 |
| Comprehensive | $1,000 | $38 |
| **Total Per Auto** | | **$547** |

## Item Four - Schedule of Hired/Borrowed Covered Auto

| Coverage Liability | Limit | Rate | Est Cost of Hire | Premium |
|---|---|---|---|---|
| CSL (BI ) | $1,000,000 | 0 | IF ANY | $63 |
| | | | Total Premium: | **$180** |

*"Cost of hire" means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property*

## Item Five - Schedule for Non-Ownership Liability

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| ANIMAL SHELTER | Number of Employees | 1 | $22 |
| | | Total Premium: | **$22** |

## Item Six - Schedule for UM/UIM and Med Pay Liability

| Coverage | Policy Limit | Rating Basis | Number | Premium |
|---|---|---|---|---|
| Uninsured Motorist | $1,000,000 | Number of Drivers | 1 | $38 |
| Underinsured Motorist | $1,000,000 | Number of Drivers | 1 | $48 |
| Medical Payments | $5,000 | Number of Drivers | 1 | $31 |
| | | | Total Premium: | **$117** |

## Garaging

| Veh | Address | City | State | Terr |
|---|---|---|---|---|
| 1 | 4287 W HIGHWAY 47 | Hawk Point | MO | 129 |

## Form Schedule

*Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:*

**FORMS APPLICABLE TO ALL PREMISES AND COVERAGES**

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|---|---|---|---|---|---|---|
| 000-AUT | 07-15 | Commercial Auto Forms | | | | |
| CA0001 | 12-90 | Business Auto Coverage Form | ALL | | | |
| CA9944 | 12-90 | Loss Payable Clause | ALL | | | |
| CA 01 65 | 10-06 | Missouri Changes | ALL | | | |
| CA 01 66 | 03-06 | Missouri Changes-Pollution Exclusion | ALL | | | |
| CA 02 19 | 03-03 | Indiana Changes-Cancellation/Nonrenewal | ALL | | | |
| CA 99 03 | 03-06 | Auto Medical Payments Coverage | ALL | | | |
| CA-23-85 | 01-06 | Exclusion of Terrorism Involving N/B/C | ALL | | | |
| IL0003 | 06-89 | Calculation of Premium | ALL | | | |
| IL0017 | 11-85 | Common Policy Conditions | ALL | | | |

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

| Form | Edition | Description | Loc Item | Ded | Limit | Premium |
|------|---------|-------------|----------|-----|-------|---------|
| IL 00 21 | 09-08 | Nuclear Energy Liability Excl Endt-Broad Form | ALL | | | |
| MFM 001 | 08-19 | Policyholder Notice | ALL | | | |
| PRIV NTC | 03-18 | Privacy Policy Notice | ALL | | | |
| CA 21 04 | 03-06 | Missouri Uninsured Motorists Coverage | | | | |
| CA 31 04 | 09-10 | MO Underinsured Motorists Coverage Limits | | | | |

*\* $20.0 NSF fee will apply on returned Checks/EFT payments.*

*\* $25.0 per policy reinstatement fee may also apply on cancelled policies as a result of returned Checks/EFT payments. per policy reinstatement fee may also apply on cancelled policies as a result of returned Checks/EFT payments.*

CA 00 00 01-18

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**



P.O. BOX 9425   MINNEAPOLIS, MN 55440
**INSURANCE IDENTIFICATION CARD**
**MISSOURI**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| CPMO0560116436 | 10/21/2019 | 10/21/2020 |

**DESCRIPTION OF VEHICLE**

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| 2013 | CHEV EXPRESS VA | 1GCSGAFX5D1190506 |

**AGENCY/COMPANY ISSUING CARD**

K FLYNN INSURANCE AGENCY
Phone: 636 528 6363

**INSURED:** PETS ALONE OF LINCOLN
PO BOX 462
TROY MO 63379

**SEE IMPORTANT INFORMATION ON REVERSE SIDE**

---

**MIDWEST FAMILY MUTUAL INSURANCE COMPANY**



P.O. BOX 9425   MINNEAPOLIS, MN 55440
**INSURANCE IDENTIFICATION CARD**
**MISSOURI**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| CPMO0560116436 | 10/21/2019 | 10/21/2020 |

**DESCRIPTION OF VEHICLE**

| YEAR | MAKE/MODEL | IDENTIFICATION NUMBER |
|---|---|---|
| 2013 | CHEV EXPRESS VA | 1GCSGAFX5D1190506 |

**AGENCY/COMPANY ISSUING CARD**

K FLYNN INSURANCE AGENCY
Phone: 636 528 6363

**INSURED:** PETS ALONE OF LINCOLN
PO BOX 462
TROY MO 63379

**SEE IMPORTANT INFORMATION ON REVERSE SIDE**

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**THIS CARD MUST BE CARRIED IN THE INSURED MOTOR VEHICLE FOR PRODUCTION UPON DEMAND**

**IF YOU HAVE AN ACCIDENT – NOTIFY POLICE IMMEDIATELY**

If anyone is injured please call 911. Obtain the following information:

1 . Name, address, and telephone number of each driver, passenger and witness.

2. Name of Insurance Company, policy number and vehicle license plate numbers for each vehicle involved.

**Important:** Do not discuss the accident with anyone except your Agent/Company or Police. Do not admit fault.

If accident involves bodily injury please call your MFM agent at once. If you can't reach your agent call toll free 1-800-225-5636. In less serious cases report the accident to your agent as soon as convenient.

**THIS CARD MUST BE CARRIED IN THE INSURED MOTOR VEHICLE FOR PRODUCTION UPON DEMAND**

**IF YOU HAVE AN ACCIDENT – NOTIFY THE POLICE IMMEDIATELY**

If anyone is injured please call 911. Obtain the following information:

1 . Name, address, and telephone number of each driver, passenger and witness.

2. Name of Insurance Company, policy number and vehicle license plate numbers for each vehicle involved.

**Important:** Do not discuss the accident with anyone except your Agent/Company or Police. Do not admit fault.

If accident involves bodily injury please call your MFM agent at once. If you can't reach your agent call toll free 1-800-225-5636. In less serious cases report the accident to your agent as soon as convenient.

*CPMO0560116436*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Amendatory Endorsement #1**

MFM ML1 04-05

```
MIDWEST FAMILY MUTUAL INSURANCE COMPANY
INSURED: PETS ALONE OF LINCOLN
POLICY NUMBER: CPMO0560116436

THIS ENDORSEMENT CHANGES YOUR POLICY; PLEASE READ IT CAREFULLY

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
(GENERAL LIABILITY)

IT IS HEREBY UNDERSTOOD AND AGREED THAT MEDICAL PAYMENT COVERAGES FOR VOLUNTEERS HAVE BEEN
EXCLUDED OR REMOVED FROM THIS POLICY
```

*Date 9/3/2019*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

CPMO0560116436

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

**Amendatory Endorsement #2**

MFM ML2 04-05

MIDWEST FAMILY MUTUAL INSURANCE COMPANY
INSURED: PETS ALONE OF LINCOLN
POLICY NUMBER: CPMO0560116436

THIS ENDORSEMENT CHANGES YOUR POLICY; PLEASE READ IT CAREFULLY

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:
(GENERAL LIABILITY)

IT IS HEREBY UNDERSTOOD AND AGREED THAT LIABILITY COVERAGE EXTENDS TO OFF-PREMISES EXPOSURES
CREATED BY SPECIAL EVENTS HELD FOR THE PURPOSE OF ANIMAL ADOPTION AND FUNDRAISING.

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

*This page is intentionally blank*

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## Annual Meeting of the Members Notice

Midwest Family Mutual Insurance Company (Company) is a "Mutual" form of insurance company.  As a Policyholder, you are a "Member" of the Company and have the right to influence the business of the Company.  Each Policyholder "member" is entitled to one vote regarding any Company business conducted at this Annual Meeting of the Members.

**The Company's Annual Meeting of the Members will be held at its Home Office located at 4401 Westown Parkway, West Des Moines, Iowa at 10AM on the first Monday in May.**

President                                    Secretary

MFM 001  08-19

Electronically Filed - St Louis County - June 20, 2022 - 04:24 PM

## Annual Meeting of the Members Notice

Midwest Family Mutual Insurance Company (Company) is a "Mutual" form of insurance company.  As a Policyholder, you are a "Member" of the Company and have the right to influence the business of the Company.  Each Policyholder "member" is entitled to one vote regarding any Company business conducted at this Annual Meeting of the Members.

**The Company's Annual Meeting of the Members will be held at its Home Office located at 4401 Westown Parkway, West Des Moines, Iowa at 10AM on the first Monday in May.**

President                                    Secretary

MFM 001  08-19



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>BRIAN H MAY | Case Number:  22SL-CC02987 |
|---|---|
| Plaintiff/Petitioner:<br> PETS ALONE SANCTUARY OF LINCOLN COUNTY | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL JOHN SMITH<br>130 WEST MONROE<br>ST LOUIS, MO  63122 |
| <div align=right>vs.</div> | |
| Defendant/Respondent:<br> MIDWEST FAMILY MUTUAL INSURANCE COMPANY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Breach of Contract | |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  MIDWEST FAMILY MUTUAL INSURANCE COMPANY
**Alias:**

**C/O DIRECTOR OF INSURANCE**
**301 W. HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>21-JUN-2022</u>
**Date**

                                                      _____
                                                      /Clerk

**Further Information:**
**JS**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
         Printed Name of Sheriff or Server                        Signature of Sheriff or Server
               **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
          (Seal)                         Date                                Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3)** **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4)** **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5)** **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



### IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BRIAN H MAY | **Case Number:** 22SL-CC02987 |
| Plaintiff/Petitioner:<br>PETS ALONE SANCTUARY OF LINCOLN<br>COUNTY <span style="float:right">**vs.**</span> | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL JOHN SMITH<br>130 WEST MONROE<br>ST LOUIS, MO 63122 |
| Defendant/Respondent:<br>MIDWEST FAMILY MUTUAL INSURANCE<br>COMPANY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Breach of Contract | |

**RECEIVED**

JUN 23 2022

COLE COUNTY
SHERIFF'S OFFICE

*(Date File Stamp)*

## Summons in Civil Case

**The State of Missouri to:** MIDWEST FAMILY MUTUAL INSURANCE COMPANY
**Alias:**

**FILED**
JUL 06 2022
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

C/O DIRECTOR OF INSURANCE
301 W. HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**21-JUN-2022**
Date

_____
Clerk

**Further Information:**
JS

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   Kathryn Latimer (name) Designee (title).
☐ other _____
Served at 301 W. High St. Rm. 530 (address)
in Cole (County/City of St. Louis), MO, on 6-24-2022 (date) at 11:37 AM (time).
Sheriff John P. Wheeler By Cpl. Tiffany Thurman #54
Printed Name of Sheriff or Server          Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
My commission expires: _____        _____
                              Date                                     Notary Public
*(Seal)*



**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $ | _____ |
| Non Est | $ | _____ |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ | ____10.00_____ |
| Mileage | $ | _____ (_____ miles @ $._____ per mile) |
| **Total** | $ | _____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

State of Missouri

# Department of Commerce and Insurance



**TO:**    Corporate Secretary (or United States Manager or Last Appointed General Agent) of

MIDWEST FAMILY MUTUAL INSURANCE COMPANY
4401 WESTOWN PARKWAY
SUITE 305
WEST DES MOINES, IA 50266

**RE:**    Court: St. Louis Co. Circuit Court, Case Number: 22SL-CC02987

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Friday, June 24, 2022.

**FILED**

JUL 11 2022

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

_____
Director of Commerce and Insurance

---

AFFIDAVIT

State of Missouri,

    ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on ___June 24 2022___ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By: _____

Subscribed and sworn to before me this 24th day of June , 2022

_____
Notary Public

My commission expires _____

KATHRYN LATIMER
My Commission Expires
March 4, 2024
Cole County
Commission #12418395

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-526-0000 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.dci.mo.gov





Search for Cases by: Select Search Method... ▼

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print

GrantedPublicAccess  Logoff MATTHEWHOGAN

**22SL-CC02987 - PETS ALONE SANCTUARY OF V MIDWEST FAMILY MUTUAL I (E-CASE)**

| Case Header FV Site Search | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ◉ Descending  ○ Ascending

Display Options: All Entries ▼

---

**07/11/2022** ☐ **Affidavit Filed**
from the department of insurance

**07/06/2022** ☐ **Summons Personally Served**
Document ID - 22-SMCC-5182; Served To - MIDWEST FAMILY MUTUAL INSURANCE COMPANY; Server - ; Served Date - 24-JUN-22; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

**06/21/2022** ☐ **Summons Issued-Circuit**
Document ID: 22-SMCC-5182, for MIDWEST FAMILY MUTUAL INSURANCE COMPANY.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**06/20/2022** ☐ **Filing Info Sheet eFiling**
     **Filed By:** MICHAEL JOHN SMITH

☐ **Pet Filed in Circuit Ct**
Petition; Exhibit A; Exhibit B; Exhibit C.
     **Filed By:** MICHAEL JOHN SMITH
     **On Behalf Of:** PETS ALONE SANCTUARY OF LINCOLN COUNTY

☐ **Judge Assigned**
DIV 1

---