# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PETS ALONE SANCTUARY OF LINCOLN COUNTY,<br><br>PLAINTIFFS,<br><br>v.<br><br>MIDWEST FAMILY MUTUAL INSURANCE COMPANY<br><br>DEFENDANTS. | Civil Action No. 4:22-CV-00775-PLC<br><br>*Removed from:*<br><br>THE CIRCUIT COURT OF<br>ST. LOUIS COUNTY MISSOURI<br><br>CASE NO. 22SL-CC02987<br><br>JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW AND ENTRY OF APPEARANCE

COMES NOW Attorney, Daniel N. Allmayer, and hereby withdraws as counsel of record for Defendant Midwest Family Mutual Insurance Company. Further, Attorney Matthew M. Hogan hereby enters his appearance as substituting counsel of record for Defendant Midwest Family Mutual Insurance Company. In addition to service of this Notice on counsel of record, Notice has been emailed to Defendant, Midwest Family Mutual Insurance Company on this 26th day of July, 2022.

Respectfully submitted,

| | |
|---|---|
| ./s/ Matthew M. Hogan_____<br>Matthew M. Hogan, #49632<br>Swanson Bernard, LLC<br>4600 Madison Ave, Suite 600<br>Kansas City, MO 64112<br>816-410-4600<br>816-561-4498 Fax<br>mhogan@swansonbernard.com<br>Attorney for Defendant | /s/ Daniel N. Allmayer_____<br>Daniel N. Allmayer, #32578<br>Swanson Bernard, LLC<br>4600 Madison Ave, Suite 600<br>Kansas City, MO 64112<br>816-410-4600<br>816-561-4498 Fax<br>dallmayer@swansonbernard.com<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification on this 26th day of July, 2022, on all parties of record.

                                                /s/ *Matthew M. Hogan*