UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

PETS ALONE SANCTUARY OF LINCOLN COUNTY )
)
)
Plaintiff(s), )
)
vs. )   Case No.   4:22-CV-00775-PLC
)
MIDWEST FAMILY MUTUAL INSURANCE COMPANY )
)
Defendant(s). )

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Plaintiff  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    None.

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    None.

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

    None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Signature (Counsel for Plaintiff/Defendant)
Print Name: Michael J. Smith
Address: 130 W. Monroe Avenue
City/State/Zip: St. Louis, MO, 63122
Phone: 314-266-6515

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
August 22            , 20 22         .

Signature