UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Pets Alone Sanctuary of Lincoln County** | ) ) ) | |
| **Plaintiff** | ) ) | |
| v. | ) ) | Case No. 4:22-cv-00775-PLC |
| **Midwest Family Mutual Insurance Company** | ) ) ) | |
| **Defendant** | ) ) | |

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Midwest Family Mutual Insurance Company**

Submitted By:  **Matthew Morris Hogan**         Dated:  **July 28, 2022**

Note:   Corporations may execute this election only by counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **July 28, 2022**

Signature:   /S/ **Matthew Morris Hogan**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Pets Alone Sanctuary of Lincoln County** | ) ) ) | |
| **Plaintiff** | ) ) | |
| v. | ) ) | Case No. 4:22-cv-00775-PLC |
| **Midwest Family Mutual Insurance Company** | ) ) ) | |
| **Defendant** | ) ) | |

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select  **one**  of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Pets Alone Sanctuary of Lincoln County**

Submitted By:   **Michael J. Smith**          Dated:   **September 01, 2022**

Note:   Corporations may execute this election only by counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **September 01, 2022**

Signature:     /S/  **Michael J. Smith**